B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>JPG Enterprises, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Majestic Custom Homes | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>59-2474024 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>4121 Royal Palm Beach Blvd.<br>West Palm Beach, FL           ZIP Code 33411 | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Palm Beach | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP Code | Mailing Address of Joint Debtor (if different from street address):           ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                      Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> JPG Enterprises, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   - None - | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>      _____ <br>      (Name of landlord that obtained judgment) <br><br><br>      _____ <br>      (Address of landlord) <br><br> ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B1 (Official Form 1)(4/10)**                                                                                    **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

JPG Enterprises, Inc.

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  /s/ Stuart A. Young, Esq.
_____
Signature of Attorney for Debtor(s)

 Stuart A. Young, Esq. 232920
_____
Printed Name of Attorney for Debtor(s)

 Young Brooks & Pefka, P.A.
_____
Firm Name

 1860 Forest Hill Blvd.
 Suite 201
 West Palm Beach, FL 33406
_____
Address

                                    Email: syoung@ybplaw.com
 (561) 433-4200  Fax: (561) 433-2988
_____
Telephone Number

 July 19, 2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ John Paul George
_____
Signature of Authorized Individual

 John Paul George
_____
Printed Name of Authorized Individual

 President
_____
Title of Authorized Individual

 July 19, 2010
_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re     JPG Enterprises, Inc.                              ,

                                       Debtor

Case No. _____

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 9 | 1,669,992.49 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 61 | | 7,098,874.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 75 | | | |
| Total Assets | | | 1,669,992.49 | | |
| Total Liabilities | | | | 7,098,874.02 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re      JPG Enterprises, Inc.                           ,      Case No. _____

                                        Debtor

                                              Chapter_____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    JPG Enterprises, Inc.                       ,      Case No. _____

                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re    JPG Enterprises, Inc.                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Sterling Bank | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          0.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                                    , Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached list | - | 1,649,257.87 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2007 Income Tax Refund | - | 20,734.62 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >            1,669,992.49
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     JPG Enterprises, Inc.                            ,     Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >            0.00
(Total of this page)

Total >      1,669,992.49

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

| NAME | AMOUNT OWED | BANK | STATUS- REASON FOR NON-PAYMENT | JOB LOCATION |
|---|---|---|---|---|
| ABREU, JOHN<br>16334 SW 63RD TERRACE<br>MIAMI, FL 33193 | $279,650.00 | BANK OF AMER | DID NOT CLOSE ON CONTRACT | 14049 ONEONTA LANE<br>PORT CHARLOTTE, FL |
| CASSAMAJOR, CLAUDEL | $358,240.00 | BANK OF AMER | DID NOT CLOSE ON CONTRACT | 1434 SQUAW LANE<br>NORTH PORT, FL |
| DIMAIO, DOMENIC<br>1 GLENMERE AVENUE<br>GLOUSTER, MA 01930<br>C/O LAW OFFICES OF BOONE, BOONE, BOONE, KODA & FROOK, PA<br>PO BOX 1596<br>VENICE, FL 34284<br>941-488-6716 | $228,990.00 | BANK OF AMER | | 3831 ALWOOD STREET<br>NORTH PORT, FL |
| LAWRENCE, MONICA<br>2762 NW 80TH AVENUE<br>FORT LAUDERDALE, FL 33322 | $31,718.00 | M & T MORTGAGE | | 2889 TISHMAN ROAD SE<br>PALM BAY, FL |
| CRAWFORD, DAVID & JULIET<br>286 MULBERRY GROVE ROAD<br>WEST PALM BEACH, FL 33411 | $5,976.86 | STERLING | BANK DID NOT FUND REMAINING BALANCE | 14546 66TH ST N<br>LOXAHATCHEE, FL |
| IRVING, ROY<br>42 SHARON AVENUE<br>EDISON, NJ 08817 | $54,044.08 | CENTURY BANK | 2/9/09 JPG ENT AGREES TO H/O EARLY MOVE-IN, REQUESTS BANK SIGN AGREEMENT; DISPUTE BETWEEN H/O & LENDER | 1881 NW BASHAW ST<br>PALM BAY, FL |
| GREENBERG, ERIC<br>1052 NW 99TH AVE<br>PLANTATION, FL 33322 | $79,501.64 | SUNTRUST BANK | 3/10/09 GREENBERG HAS LAWYER AND IS IN DISCUSSIONS WITH BANK - HOUSE IS IN FORECLOSURE; LENDER FORECLOSED ON HOME; 4/20/10 RECEIVED NOTICE OF FORECLOSURE | 16434 75TH WAY NORTH<br>PALM BEACH GARDENS, FL |

| NAME | AMOUNT OWED | BANK | STATUS- REASON FOR NON-PAYMENT | JOB LOCATION |
|---|---|---|---|---|
| MARRERO, ANGEL<br>15500 86TH ROAD NORTH<br>LOXAHATCHEE, FL | $3,760.69 | CASH | DID NOT RECEIVE LAST TWO DRAWS: 7/10/08 LIEN FILED; 3/4/10 RECEIVED $3600 AND PROMISSORY NOTE EXECUTED IN THE AMOUNT OF $3760.69 | 15500 86TH ROAD NORTH LOXAHATCHEE, FL |
| JACQUES, IRENE<br>14901 NW 5TH AVENUE<br>MIAMI, FL 33168 | $645.10 | CENTURY | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 15390 85TH ROAD NORTH LOXAHATCHEE, FL |
| VOLCAN, CARLOS<br>1489 NW 153RD AVE<br>PEMBROKE PINES, FL 33028 | $6,106.34 | FIDELITY FEDERAL | 1/27/09 H/O FILED BANKRUPTCY AND HAS UNTIL 2/11/09 TO FILE PROPER FORMS, WE ARE ON HOLD TO THEN | 17319 HAMLIN BLVD LOXAHATCHEE, FL. |
| TITUS, WILLIE<br>111 N 27TH STREET<br>FORT PIERCE, FL 34947 | $816.28 | COAST BANK | 2/1 PROMISSORY NOTE ON FILE FOR BALANCE DUE JPG; H/O TO MAKE PAYMENTS OF $272.08/MO. FOR 12MOS.; 1/11/09 H/O DID NOT MAKE PAYMENT-ONLY 3 PAYMENTS STILL DUE TOTALING $816.28 | 8409 PASO ROBLES BLVD FORT PIERCE, FL |
| GREEN, SERID<br>101 SW LANDIS LANE<br>PORT ST LUCIE, FL 34953 | $650.00 | FIDELITY FEDERAL | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 2373 DYER BLVD PORT ST LUCIE, FL |
| JUSTIZ, EDA<br>6975 HALL BLVD<br>LOXAHATCHEE, FL | $3,700.00 | CASH | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 6975 HALL BLVD LOXAHATCHEE, FL. |
| YARNALL, STEPHEN<br>13874 TANGERINE BLVD<br>LOXAHATCHEE FL 33470 | $1,573.99 | CASH | 11/16 H/O HAS ISSUES WITH FINAL DOLLAR AMOUNT- DID NOT PAY | 13874 TANGERINE BLVD LOXAHATCHEE, FL |
| VALLESPI, ELSIE<br>158 JUNE ROAD<br>NORTH SALEM, NY 10560 | $226,866.62 | END LOAN | IRONSTONE BANK HAS THIS ON LINE OF CREDIT - DID NOT CLOSE ON CONTRACT | 1221 SW MALAGA AVENUE PORT ST LUCIE, FL |
| BELKOVA, LILIA<br>PO BOX 1396<br>LOXAHATCHEE, FL 33470 | $23,983.00 | FIDELITY FEDERAL | 3/10/09 SERVED WITH FORECLOSURE SUIT | 2251 BUCK RIDGE TRAIL LOXAHATCHEE, FL |

S-FINANCE-BANKING: Un/listed accounts sub vendors  7-8-10 4:25PM

8:50 AM  7/12/2010

| NAME | AMOUNT OWED | BANK | STATUS- REASON FOR NON-PAYMENT | JOB LOCATION |
|---|---|---|---|---|
| DOMINIQUE, ISMATH<br>1697 SW MERCHANT LANE<br>PORT ST LUCIE, FL | $6,264.88 | ROYMAC | 7/23/07 HOMEOWNER REFUSINGTO PAY, WRITE LETTER AND LIEN | 3050 SW LUCERNE ST<br>PORT ST LUCIE, FL |
| MATHEWS, MANGALATHU<br>6797 ANGUS STREET<br>CORONA, CA 92880 | $5,737.32 | WELLS FARGO | 5/17 FINAL BANK DRAW RECEIVED - AWO BALANCE OUTSTANDING ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 5849 NW LEGHORN AVENUE<br>PORT ST LUCIE, FL |
| DECOTEAU, IMIE<br>247 E 32ND STREET<br>BROOKLYN, NY 11226 | $2,825.55 | M&T Mortgage | 11/30/07 LETTER ADDRESSING BALANCE DUE SEENT V/A CERTIFIED & REGULAR MAIL | 5580 NW LIGON CIRCLE<br>PORT ST LUCIE, FL |
| GREEN, COLIN<br>608 NW WAVERLY CIRCLE<br>PORT ST LUCIE, FL 34983 | $29,592.95 | COAST BANK | OFFER FOR SETTLEMENT MADE THRU THER AGENT, MRS WANDS - SEE FOLDER; 5/4/10 L.S.K.V. WITHDRAWS AS COUNCIL | 6779 NW OMEGA ROAD<br>PORT ST LUCIE, FL |
| PARRILLO, JOSEPH<br>2518 SE ANCHORAGE COVE E3<br>PORT ST LUCIE, FL 34952 | $47,422.00 | | DID NOT PAY FINAL DRAW - 3/10/09 CONTACTED SLS LOAN SERVICING LOOKING FOR FINAL DRAW; LENDER FORECLOSING | 5465 NW LIGON CIRCLE<br>PORT ST LUCIE, FL |
| LOUIS, NIXON<br>1855 N BUTTONWOOD DR<br>PORT ST LUCIE, FL 34952 | $4,500.00 | ALLIED MORTGAGE | 12/6/07 PAYMENT BOOK AND LETTER SENT TO HOMEOWNER | 2415 SE BETTY ROAD<br>PORT ST LUCIE, FL |
| BASILEO, DEREK<br>5336 JUBILEE WAY<br>MARGATE, FL 33063 | $4,393.43 | M & T MORTGAGE | 11/30/07 LETTER ADDRESSING BALANCE DUE SEENT VIA CERTIFIED & REGULAR MAIL | 16216 89TH PLACE N<br>LOXAHATCHEE, FL |
| FYFFE, GLEN<br>57 HARPER COURT<br>BRONX, NY 10466 | $2,900.00 | MONTICELLO | | 2165 SW DREXEL STREET<br>PORT ST LUCIE, FL |
| ESCOBAR, MARSHALL<br>3027 WADDELL AVENUE<br>WEST PALM BEACH, FL 33411 | $3,200.00 | M&T Mortgage | 11/30/07 LETTER ADDRESSING BALANCE DUE SENT VIA CERTIFIED & REGULAR MAIL | 5467 NW BRANCH AVENUE<br>PORT ST LUCIE, FL |

| NAME | AMOUNT OWED | BANK | STATUS- REASON FOR NON-PAYMENT | JOB LOCATION |
|---|---|---|---|---|
| HERNANDEZ, LORNA<br>30 APPLETON ST., APT 2<br>BROCKTON, MA 02301 | $1,000.00 | S & T MORTGAGE | 11/30/07 LETTER ADDRESSING BALANCE DUE SENT VIA CERTIFIED & REGULAR MAIL | 1117 SW BABCOCK AVENUE<br>PORT ST LUCIE, FL |
| DUVERT, RENE<br>323 SAPODILLA AVENUE<br>WEST PALM BEACH, FL 33401 | $2,630.00 | MONTICELLO | 11/30/07 LETTER ADDRESSING BALANCE DUE SENT VIA CERTIFIED & REGULAR MAIL | 1826 SW MORELIA LN<br>PORT ST LUCIE, FL 34953 |
| MENDEZ, RENE<br>17883 N 64TH PLACE<br>LOXAHATCHEE, FL 33470 | $58,661.24 | RIVERSIDE | HOMEOWNER WAS PAID BY BANK FINAL DRAW, NEVER GAVE TO CONTRACTOR | 17850 64TH PLACE N<br>LOXAHATCHEE, FL. |
| GASPARD, MERCEDES<br>9000 NW 28TH DRIVE, #103<br>CORAL SPRINGS, FL 33065 | $1,542.66 | BND LOAN | 12/6/07 SENT PAYMENT LETTER TO HOMEOWNER - PROMISSORY NOTE | 1402 SE O'DONNELL LANE<br>PORT ST LUCIE, FL |
| GAD, AMIR<br>PO BOX 2210<br>VERO BEACH, FL 32961 | $2,803.00 | | 11/30/07 LETTER ADDRESSING BALANCE DUE SEENT VIA CERTIFIED & REGULAR MAIL | 2190 3RD LANE SW<br>VERO BEACH, FL |
| BROWN, ROBERT<br>2930 SE MELALEUCA BLVD<br>PORT ST LUCIE, FL 34952 | $22,765.57 | WACHOVIA | promissory note TO JPG ENT is in the amount of $18,000; 3/10/09 SUIT AGAINST HOMEOWNER FILED TODAY; 5/4/10 L.S.K.V. WITHDRAWS AS COUNCIL | 162 SE OSPREY RIDGE<br>PORT ST LUCIE, FL |
| FALCOA, ANDERSON<br>8097 BOCA RIO DRIVE<br>BOCA RATON, FL 33433 | $11,986.16 | | PROPERTY FORECLOSED ON; HAVE JUDGEMENT AGAINST FALCOA | 1784 SW MILLIKIN AVE<br>PORT ST LUCIE, FL |
| HARVEY, SEAN<br>550 8TH MANOR, APT 106<br>VERO BEACH, FL 32960 | $26,816.00 | HARBOR FEDERAL | 3/10/09 HOMEOWNER SERVED WITH SUIT | 375 22ND AVENUE SW<br>VERO BEACH, FL |
| VILLAR, DEREK<br>1557 SW BIRKEY AVENUE<br>PORT ST LUCIE, FL 34953 | $4,419.14 | | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 1561 SW BIRKEY AVENUE<br>PORT ST LUCIE, FL |

| NAME | AMOUNT OWED | BANK | STATUS- REASON FOR NON-PAYMENT | JOB LOCATION |
|---|---|---|---|---|
| DARE #1 <br> 1895 SE GEBARO TRIAL <br> PORT ST LUCIE, FL 34962 | $2,135.80 | | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 2813 SE MALELUCA BLVD <br> PORT ST LUCIE, FL |
| DARE #2 <br> 1895 SE GEBARO TRAIL <br> PORT ST LUCIE, FL 34962 | $2,228.00 | | | 2819 SE MALELUCA BLVD <br> PORT ST LUCIE, FL |
| LOKA, AMIR <br> 1975 WESTMINSTER CIR #1 <br> VERO BEACH, FL 32966 | $4,074.69 | | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 410 21ST COURT SW <br> VERO BEACH, FL |
| BUCKLAND, PAUL <br> 1204 SW LIVE OAK COVE <br> PORT ST LUCIE, FL 34986 | $2,658.73 | CASH | 8/17 CANDY TO DISCUSS W/JOE G. 12/11 OLD MONEY - WHAT TO DO? | 315 22ND AVENUE <br> VERO BEACH, FL |
| PEREZ, EDUARDO <br> 7590 KINGSLEY COURT <br> LAKE WORTH, FL 33467 | $375.00 | | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 129 SW N MEADE CIRCLE <br> PORT ST LUCIE, FL 34953 |
| LINK, CHRISTOPHER <br> 6340 FILMORE STREET <br> HOLLYWOOD, FL 33024 | $10,000.00 | | GAVE CHECK TO BLDER, TOLD TO HOLD, CHECK WAS BAD | KEY LIME BLVD <br> LOXAHATCHEE, FL |
| McCRARY, CALVIN <br> 69 PLUMAGE LANE <br> WEST PALM BEACH, FL 33415 | $3,945.07 | | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 14550 ORANGE BLVD <br> LOXAHATCHEE, FL |
| CUFF, ANNE MARIE <br> 402 RILEY ROAD <br> NEW WINDSOR, NY 12553 | $250.00 | | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 2102 SW LARCHMONT LANE <br> PORT ST LUCIE, FL |
| JULIEN, MICHAEL <br> 9 WHEELER PLACE <br> FORT STEWART, GA 31315 | $2,060.00 | | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 4412 NW ALSACE AVENUE <br> PORT ST LUCIE, FL |

S-FINANCE BANKING 8 holdout accounts sub vendors 7-8-10 425PM     8:50 AM 7/12/2010

| | NAME | AMOUNT OWED | BANK | STATUS- REASON FOR NON-PAYMENT | JOB LOCATION |
|---|---|---|---|---|---|
| 1 | | | | | |
| 190 | RAYMOND, MERCIDIEU<br>10457 BOYNTON PLACE<br>BOYNTON BEACH, FL 33437 | $350.00 | | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 3656 SW SAN BENITO ST<br>PORT ST LUCIE, FL |
| 191 | | | | | |
| 192 | | | | | |
| 193 | SANTANA, LUIS<br>2202 SW GROSSPOINT ST<br>PORT ST LUCIE, FL 34953 | $150.00 | | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 1938 SW GRANELLO TERR<br>PORT ST LUCIE, FL |
| 194 | | | | | |
| 195 | | | | | |
| 196 | COELLO, CARLOS<br>5213 CANOE BEND DR<br>LAKE WORTH, FL 33463 | $1,971.45 | | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 13255 87TH ST N<br>LOXAHATCHEE, FL |
| 197 | | | | | |
| 198 | SMITH, ROBERT<br>5722 ITHACA CIRCLE E<br>LAKE WORTH, FL 33463 | $7,659.99 | | ADDITIONAL WORK REQUESTED WAS NOT PAID FOR | 17149 ALAN BLACK BLVD W<br>LOXAHATCHEE, FL |
| 199 | MAI NO. 1<br>1375 27TH AVENUE<br>VERO BEACH, FL 32960 | $53,511.07 | | NEVER RECEIVED ANY DRAWS FROM BANK, H/O LOST FINANCING AND COULD NOT REFINANCE; COPY TO LYNNE VENTRY | 1346 16TH AVENUE<br>VERO BEACH, FL |
| 200 | SANCHEZ, JORGE & LUZ<br>6063 SE LISBON CIRCLE<br>STUART, FL 34997 | $12,145.57 | | FAXED TO LYNNE VENTRY ON 11 JAN 2009 | 2380 THOMAS COURT<br>LOXAHATCHEE, FL |
| | | $1,649,257.87 | | | |

B6D (Official Form 6D) (12/07)

In re    JPG Enterprises, Inc.                                    ,    Case No. _____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)

Total (Report on Summary of Schedules)    0.00    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    JPG Enterprises, Inc.                                                                          Case No. _____
                                                                              ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re      JPG Enterprises, Inc. _____ ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Business Debt | | | | |
| 84 Lumber Company POB 365 Eighty Four, PA 15330 | | - | | | | | | 720.12 |
| **Account No.** | | | | Lawsuit filed in Circuit Court, PBC, FL Case No. 502007CA012072XXXXMB | | | | |
| Able Sanitation, Inc. D/B/A United Site c/o Law Firm of Elias C. Schwartz 2499 Glades Road Suite 313 Boca Raton, FL 33431 | | - | | | | | | 117,100.92 |
| **Account No.** | | | | Business Debt | | | | |
| Accardi Irrigation, Inc. 156 Martin Circle Royal Palm Beach, FL 33411 | | - | | | | | | 2,400.00 |
| **Account No.** | | | | Business Debt | | | | |
| Adam & Katherine Buxton c/o Alters Boldt Bown Rash Culmo Robert B Brown 4141 Northeast 2nd Avenue Suite 201 Miami, FL 33137 | | - | | | | | | Unknown |

__60__ continuation sheets attached

Subtotal
(Total of this page)                    120,221.04

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. ADS Contractor Inc. 12459 Tamiami Trail Punta Gorda, FL 33955 | - | | | Business Debt | | | | 8,386.00 |
| Account No. 800-450-7185 Advanced Claim Solution, LLC 1013 SE 16th Court Stuart, FL 34996 | - | | | Business Debt | | | | Unknown |
| Account No. Advanced Copy Solutions Inc. 17041 70th Street N. Loxahatchee, FL 33470 | - | | | Business Debt | | | | 4,935.13 |
| Account No. Alderman, David and Doreen c/o W. Trent Steele, Esq. 8902 SE Bridge Road Hobe Sound, FL 33455 | - | | | Lawsuit filed in Circuit Court, PBC, FL Case No. 502007CA002129XXXXMB | | | | 5,000.00 |
| Account No. All Broward Hurricane c/o Law Offices of Sprechman & Assoc PA 2775 Sunny Isles Blvd., Suite 100 Miami, FL 33160 | - | | | Business Debt | | | | 17,958.60 |

Sheet no. _1_ of _60_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    36,279.73

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____ ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> All Natural Pools & Spa <br> 8 West Pinetree Avenue <br> Lake Worth, FL 33467 | | - | Business Debt | | | | 2,399.99 |
| Account No. 000889 <br><br> All Star Toilet Co. LLC <br> POB 221167 <br> West Palm Beach, FL 33422 | | - | Business Debt | | | | 1,697.67 |
| Account No. <br><br> Alton Tractor Services <br> 153 DeLeon Drive <br> Venice, FL 34287 | | - | Business Debt | | | | 1,150.00 |
| Account No. <br><br> AmeriBank <br> LNV Corporation <br> c/o David Consuegra, Esq. <br> 9204 King Palm Drive <br> Tampa, FL 33619 | | - | Lawsuit filed in Circuit Court, St. Lucie Co., FL Case No. 562009CA009760 | | | | 228,000.00 |
| Account No. <br><br> American PB Gar <br> 2201 SE Indian Street <br> Stuart, FL 34997 | | - | Business Debt | | | | 16,996.00 |

Sheet no. _2_ of _60_ sheets attached to Schedule of    Subtotal    250,243.66
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Amerigas- Ft. Pierce<br>3301 Oleander Ave<br>Fort Pierce, FL 34982 | - | | | Business Debt | | | | 8.05 |
| Account No.<br><br>Anytime Insulators Inc.<br>POB 530186<br>Lake Park, FL 33403 | - | | | Business Debt | | | | 27,798.01 |
| Account No.<br><br>Ardaman & Associates<br>Dept 1668<br>Denver, CO 80291 | - | | | Business Debt | | | | 720.00 |
| Account No.<br><br>Armando Hernandez<br>2603 SW Acco Road<br>Port Saint Lucie, FL 34953 | - | | | Business Debt | | | | 7,236.30 |
| Account No.<br><br>Artistic Pools<br>4121 Royal Palm Beach Blvd.<br>Royal Palm Beach, FL 33411 | - | | | Business Debt | | | | 210,660.69 |

Sheet no. _3_ of _60_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            246,423.05

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 56179366691910454<br><br>AT&T<br>POB 105503<br>Atlanta, GA 30348 | - | | | | Business Debt | | | | 226.74 |
| Account No. 561-z19-3934-2050452<br><br>AT&T<br>POB 70529<br>Charlotte, NC 28272 | - | | | | Business Debt | | | | 248.40 |
| Account No. 561-784-7199-2150453<br><br>AT&T<br>POB 70529<br>Charlotte, NC 28272 | - | | | | Business Debt | | | | 1.52 |
| Account No.<br><br>AT&T<br>POB 105262<br>Atlanta, GA 30348 | - | | | | Business Debt | | | | 5.00 |
| Account No. 561-784-7199-218-0451<br><br>AT&T<br>POB 105262<br>Atlanta, GA 30348 | - | | | | Business Debt | | | | 883.74 |

Sheet no. __4__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,365.40

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 561-798-0009-7390454 <br><br> AT&T <br> POB 70529 <br> Charlotte, NC 28272 | - | | | Business Debt | | | | 316.17 |
| Account No. <br><br> Bahgat Zakhary <br> c/o Linkhorst & Hockin PA <br> Adam C Linkhorst <br> 4495 Military Trail Suite 16 <br> Jupiter, FL 33458 | - | | | Business Debt | | | | Unknown |
| Account No. <br><br> Bank of America <br> RE Loan Administration Service <br> c/o Stearns, Weaver, Miller, et al. <br> POB 3299 <br> Tampa, FL 33601 | | | | Lawsuit filed <br> Case No. 2010 CA 001933 NC 43005025 | | | | 800,000.00 |
| Account No. 002-2136033-000 <br><br> Bank of America Leasing Lease Admin Ctr. <br> POB 371992 <br> Pittsburgh, PA 15250 | - | | | Business Debt | | | | 4,357.73 |
| Account No. <br><br> Banner Supply <br> 1660 SW 13th Ct. <br> Pompano Beach, FL 33069 | - | | | 10/07/08 <br> Business Debt | | | | 4,004.45 |

Sheet no. _5__ of _60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

808,678.35

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 12/22/08 Lawsuits filed in Small Claims Court, PBC, FL Case No. 502008SC016474XXXXMB Case No. 502009CC000158 Case No. 502008SC013606XXXXMB Case No. 502008SC013611XXXXMB | | | | |
| Banner Supply Corp. 2101 NW Settle Avenue Port Saint Lucie, FL 34986 | - | | | | | | | | 19,446.99 |
| Account No. | | | | | Business Debt | | | | |
| Bautista Masonry of SW FL, Inc 5207 6th Street W Lehigh Acres, FL 33971 | - | | | | | | | | 2,200.00 |
| Account No. | | | | | 05/18/07 Business Debt | | | | |
| Bayshore Industrial Properties POB 354 Stuart, FL 34995 | - | | | | | | | | 852.00 |
| Account No. | | | | | Business Debt | | | | |
| Benchmark Aluminum 125 Justine Street Port Charlotte, FL 33954 | - | | | | | | | | 500.00 |
| Account No. | | | | | Business Debt | | | | |
| Bennett Surveying + Mapp 439 SE Port St. Lucie Blvd. Port Saint Lucie, FL 34984 | - | | | | | | | | 80.00 |

Sheet no. __6__ of __60__ sheets attached to Schedule of    Subtotal    23,078.99
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  Beyel Brother Crane POB 236246 Cocoa, FL 32923 | - | | | Business Debt | | | | 2,334.68 |
| Account No.  Bloomen Int'l, LLC d/b/a Pro Air Int'l c/o Albert J Tiseo, Jr.  Esq. 701 JC Center Court Suite 3 Port Charlotte, FL 33954 | - | | | Lawsuit filed Case No. 2009CA17632NC | | | | 11,251.50 |
| Account No.  Blue Haven Pools of Ft. Myers, IONC. 1035 Collier Center Way, Suite #8 Naples, FL 34110 | - | | | Business Debt | | | | 12,380.00 |
| Account No.  Bonded Builders Home Warranty 1500 Kings Highway Port Charlotte, FL 33980 | - | | | 09/19/08 Business Debt | | | | 55,617.59 |
| Account No. 172018  Bradco Supply ( N.P.) 250 E. Charlotte Ave. Punta Gorda, FL 33950 | - | | | 12/08/08 Business Debt | | | | 3,947.42 |

Sheet no.  7   of  60   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,531.19

B6F (Official Form 6F) (12/07) - Cont.

In re   JPG Enterprises, Inc. _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 354660<br><br>Bradco Supply Corp.<br>c/o  Arnold & Burguieres<br>1701 M L King Street North<br>Saint Petersburg, FL 33704 | - | | | 11/28/08<br>Lawsuit filed<br>Case No. 09-947-SPC | | | | 2,407.20 |
| Account No.<br><br>Bradford J. Beily, P.A.<br>1144 SE 3 Avenue<br>Fort Lauderdale, FL 33316 | - | | | 08/01/08<br>Business Debt | | | | 246.00 |
| Account No. 0830-24673-0000<br><br>Bridgefield Employers Ins. Co.<br>POB 32034<br>Lakeland, FL 33802 | - | | | 12/16/08<br>Business Debt | | | | 101,857.55 |
| Account No. 117737783<br><br>Brink's Home Tech<br>POB 951024<br>Dallas, TX 75395 | - | | | Business Debt | | | | 2,705.50 |
| Account No.<br><br>Broadview Security<br>CT Corporation System<br>1200 S Pine Island Road<br>Plantation, FL 33324 | - | | | Business Debt | | | | Unknown |

Sheet no. __8___ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

107,216.25

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                                    ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| **Account No.** | | Business Debt | | | | | | |
| Bruce Kaleita Esq Suite 500 1615 Forum Place West Palm Beach, FL 33401 | - | | | | | | | 4,124.84 |
| **Account No.** 1406 | | Business Debt | | | | | | |
| Buckeye Plumbing 310 Business Park Way West Palm Beach, FL 33411 | - | | | | | | | 27,466.00 |
| **Account No.** | | Lawsuit filed in Small Claims, PBC, FL Case No. 502009SC009190XXXXMB | | | | | | |
| Builder Homesite c/o  Alan B Gest, Esq. 20801 Biscayne Blvd. Suite 506 Aventura, FL 33180 | - | | | | | | | 3,125.00 |
| **Account No.** | | 04/28/08 Business Debt | | | | | | |
| Builder Homesite, Inc. POB 847905 Dallas, TX 75284 | - | | | | | | | 1,875.00 |
| **Account No.** | | Business Debt | | | | | | |
| Burton Construction SE 1431 Meres Boulevard Tarpon Springs, FL 34689 | - | | | | | | | 250.00 |
| Sheet no. _9_ of _60_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 36,840.84 |

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | | |
| Byrnes Surveying, In 19800 Veterians Blvd, Unit d-4 Port Charlotte, FL 33954 | - | | | | | | | 2,750.00 |
| Account No. | | | Business Debt | | | | | |
| C&S Landscape 17839 33rd Road North Loxahatchee, FL 33470 | - | | | | | | | 1,350.00 |
| Account No. | | | Business Debt | | | | | |
| C.D. Broom Wood Floors 1963 NE San Carlos Calle Jensen Beach, FL 34957 | - | | | | | | | 1,110.00 |
| Account No. | | | Business Debt | | | | | |
| C2C Resources, LLC 56 Perimeter Center East Atlanta, GA 30346 | - | | | | | | | 3,574.20 |
| Account No. F0076 | | | Business Debt | | | | | |
| Canac Kitchen Cabinet 837 W.13th Street, Suite #3 Riviera Beach, FL 33404 | - | | | | | | | 630.00 |

Sheet no. __10__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    9,414.20

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Casale Marble Import 750 S.W. 17th Ave Delray Beach, FL 33444 | | - | | | | | | 20,539.83 |
| Account No. | | | | | | | | |
| Casper Quammie 8342 Laskin Avenue North Port, FL 34291 | | - | | | | | | Unknown |
| Account No. | | | | Lawsuit filed in Circuit Court, PBC, FL Case No. 502008CA033899XXXXMB AJ | | | | |
| Cathy Petito Cleaning c/o James D'Loughy, Esq. 2855 PGA Blvd. Palm Beach Gardens, FL 33410 | | - | | | | | | 17,002.56 |
| Account No. | | | | 08/14/09 Lawsuit filed in County Court, PBC, FL Case No. 502008CC011767XXXXMB | | | | |
| Causeway Lumber Co. POB 21088 Fort Lauderdale, FL 33335 | | - | | | | | | 39,845.31 |
| Account No. | | | | Business Debt | | | | |
| Celtic Advance 6062 SW 19th Street N. Lauderdale, FL 33068 | | - | | | | | | 3,000.00 |

Sheet no. __11__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    80,387.70

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Central Window<br>4388 US Highway 1<br>Vero Beach, FL 32967 | | - | | Business Debt | | | | 1,000.00 |
| Account No. 90676<br><br>Ceridian Benefit Service<br>POB 10989<br>Newark, NJ 07193 | | - | | 07/29/08<br>Business Debt | | | | 25.90 |
| Account No.<br><br>Classic Cultured Marble<br>8300 Currency Drive<br>Riviera Beach, FL 33404 | | - | | 11/19/08<br>Business Debt | | | | 6,766.03 |
| Account No. MHR903UP 1007513<br><br>Cleartel Communications<br>POB 6432<br>Carol Stream, IL 60197 | | - | | Business Debt | | | | 3,149.44 |
| Account No.<br><br>CNH Capital America LLC<br>c/o Robert Eddy Esq.<br>808 W. De Leon St.<br>Tampa, FL 33606 | | - | | Lawsuit filed in Circuit Court, PBC, FL<br>Case No. 502009CA007587 | | | | 31,850.80 |

Sheet no. __12__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            42,792.17

B6F (Official Form 6F) (12/07) - Cont.

In re      JPG Enterprises, Inc.                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Lawsuit filed Case No. 09-CA-30619 | | | | |
| Colonial Pacific Leasing Corporation c/o Law Offices of John S Schoene PA 100 E Sybelia Avenua Suite 205 Maitland, FL 32751 | - | | | | | | | | 45,218.52 |
| Account No. | | | | | Business Debt | | | | |
| Colonial Ready Mix LL 1811 Englewood Rd Englewood, FL 34224 | - | | | | | | | | 1,760.37 |
| Account No. | | | | | Business Debt | | | | |
| Comcast POB 105184 Atlanta, GA 30348 | - | | | | | | | | 372.63 |
| Account No. | | | | | 12/04/08 Business Debt | | | | |
| Commerical Lighting Supply 1967 West 9th Street Riviera Beach, FL 33404 | - | | | | | | | | 14,115.37 |
| Account No. | | | | | Business Debt | | | | |
| Cooks Lawn Service 109 Camino Street Port Saint Lucie, FL 34953 | - | | | | | | | | 15,601.85 |

Sheet no. __13__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            77,068.74

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/18/08 | | | | |
| Coral Key Designs POB 212414 Roal Palm Beach, FL 33421 | - | | Business Debt | | | | 275.00 |
| Account No. | | | 06/07/07 | | | | |
| Country Tees 801 Maplewood Drive #11 Jupiter, FL 33458 | - | | Business Debt | | | | 66.22 |
| Account No. | | | 06/04/08 | | | | |
| Cprompt Computer Services, Inc 12570 Tamiami Trail, Unit C Punta Gorda, FL 33955 | - | | Business Debt | | | | 240.00 |
| Account No. | | | | | | | |
| Creswell Engineers 4459 SE Kubin Ave Stuart, FL 34997 | - | | Business Debt | | | | 3,821.60 |
| Account No. | | | | | | | |
| Crown Seamless Gutter 5481 Royal Palm Beach Blvd. Royal Palm Beach, FL 33411 | - | | Business Debt | | | | 153.00 |

Sheet no. __14__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,555.82

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Culvert Specialist 1077 Sanger St. Port Charlotte, FL 33952 | - | | | | | | | 1,150.00 |
| Account No. | | | | Business Debt | | | | |
| Custom Contractors 1671 SW Baltimore Street Port Saint Lucie, FL 34984 | - | | | | | | | 2,113.00 |
| Account No. | | | | Business Debt | | | | |
| Custom Pools by Precisio 2227 Murphy Court, #3 North Port, FL 34289 | - | | | | | | | 12,425.00 |
| Account No. MCH | | | | Business Debt | | | | |
| Custom Textures 16140 East Gold Cup Drive Loxahatchee, FL 33470 | - | | | | | | | 337.00 |
| Account No. | | | | Business Debt | | | | |
| Cypress Well Drilling, I 6688 Duckweed Road Lake Worth, FL 33467 | - | | | | | | | 11,450.00 |

Sheet no. __15__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  27,475.00

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 6555-294809514<br><br>D&B (WEB)<br>74 Remittance Drive, Suite 1793<br>Chicago, IL 60675 | - | | | | Business Debt | | | | 399.00 |
| Account No. 58001<br><br>D&B Tile of Palm Beach<br>3346 45th Street<br>West Palm Beach, FL 33407 | - | | | | 03/04/09<br>Business Debt | | | | 18,324.54 |
| Account No.<br><br>D&D Garage Doors, In<br>1298 Market Circle, Unit 1-D<br>Port Charlotte, FL 33953 | - | | | | Business Debt | | | | 703.00 |
| Account No.<br><br>D.W. Sod Company<br>c/o Laura Ann McCall, Esq.<br>400 NW 2nd Street<br>Okeechobee, FL 34972 | - | | | | Lawsuit filed<br>Case No. 2009-CC-081 | | | | 10,775.01 |
| Account No.<br><br>Davis A/C Service, Inc.<br>5651 Chase Court<br>West Palm Beach, FL 33415 | - | | | | Business Debt | | | | 6,113.00 |

Sheet no. __16__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,314.55

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                    ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | Business Debt | | | | |
| Davis Stucco, Inc. 3100 North Kings Highway Fort Pierce, FL 34951 | - | | | | | | 20.00 |
| Account No. 750 | | | Business Debt | | | | |
| Dawson Williams POB 1307 Jupiter, FL 33468 | - | | | | | | 7,492.58 |
| Account No. | | | Business Debt | | | | |
| Decambre, Nadine & Bell, Pansy c/o David Durkee, Roberts & Durkee PA Alhambra Towers,Penthouse 1, Suite 1603 121 Alhambra Plaza Coral Gables, FL 33134 | - | | | | | | Unknown |
| Account No. | | | 11/19/08 Business Debt | | | | |
| Distinctive Kitchen & Baths 1217 Clint Moore Rd Boca Raton, FL 33487 | - | | | | | | 9,690.00 |
| Account No. | | | Lawsuit filed in Circuit Court, PBC, FL Case No. 502009CA14021XXXXMB | | | | |
| Dolphin Specialties, Inc. c/o R Amy Blum Marks, Esq. 1900 Glades Road Suite 102 Boca Raton, FL 33431 | - | | | | | | 125,961.79 |

Sheet no.  17  of  60  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

143,164.37

B6F (Official Form 6F) (12/07) - Cont.

In re     JPG Enterprises, Inc.                                                    ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | - | Business Debt | | | | |
| Douglas Philip and Jeanette c/o Morgan&Morgan Scott WM Weinstein Esq POB 9504 Fort Myers, FL 33906 | | | | | | | | Unknown |
| Account No. | | | - | Business Debt | | | | |
| DR Goodroof Inc. 11461 Tamiami Trail Punta Gorda, FL 33955 | | | | | | | | 11,636.25 |
| Account No. | | | - | Business Debt | | | | |
| Dybiec, Greg c/o Parker Waichman Alonso LLP April S Goodwin Esq. 3301 Bonita Beach Road Bonita Springs, FL 34134 | | | | | | | | Unknown |
| Account No. | | | - | Business Debt | | | | |
| Ed's Well & Pump, Inc. 15505 82nd Street North West Palm Beach, FL 33411 | | | | | | | | 1,790.00 |
| Account No. 941-764-6208-357 | | | - | 10/16/08 Business Debt | | | | |
| Embarq POB 96064 Charlotte, NC 28296 | | | | | | | | 1,491.51 |

Sheet no. __18__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  14,917.76

B6F (Official Form 6F) (12/07) - Cont.

In re   JPG Enterprises, Inc. _____ ,   Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 941-235-4495-728 <br><br> Embarq <br> POB 96064 <br> Charlotte, NC 28296 | | - | | Business Debt | | | | 1,356.99 |
| Account No. <br><br> Envirotek Services, Inc. <br> 8972 Banyan Blvd. <br> Loxahatchee, FL 33470 | | - | | Business Debt | | | | 300.00 |
| Account No. <br><br> Eric Remodeling <br> 4461 NW 9th Street <br> Coconut Creek, FL 33066 | | - | | Business Debt | | | | 3,120.00 |
| Account No. <br><br> Ervin, Ronnie & Rodella <br> c/o David Durkee, Roberts & Durkee PA <br> Alhambra Towers, Penthouse 1 Suite 1603 <br> 121 Alhambra Plaza <br> Miami, FL 33134 | | - | | Business Debt | | | | Unknown |
| Account No. <br><br> Express Roll-Off <br> 245 Bayhead Drive <br> Melbourne, FL 32940 | | - | | Business Debt | | | | 550.00 |

Sheet no. __19__ of __60__ sheets attached to Schedule of                    Subtotal                    5,326.99
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re      JPG Enterprises, Inc.                                              ,      Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Extra Space Storage<br>17960 Paulson Drive<br>Port Charlotte, FL 33954 | - | | | | 06/15/09<br>Business Debt | | | | 121.72 |
| Account No.<br><br>Fireside Dist. Inc.<br>POB 530667<br>Lake Park, FL 33403 | - | | | | 12/23/08<br>Business Debt | | | | 2,399.45 |
| Account No.<br><br>First Rate Roofing<br>2858 N. Biscayne Dr.<br>North Port, FL 34286 | - | | | | Business Debt | | | | 1,920.00 |
| Account No.<br><br>FL. Marble Industries<br>1673 SE Meimeyer Circle<br>Port Saint Lucie, FL 34952 | - | | | | Business Debt | | | | 2,170.29 |
| Account No.<br><br>Floor-ida Tile Carpet<br>7663 Ironhorse Blvd.<br>West Palm Beach, FL 33410 | - | | | | Business Debt | | | | 303.53 |

Sheet no. __20__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,914.99

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Florida Pure Water POB 6189 Stuart, FL 33497 | - | | | | | | | 78.33 |
| Account No. | | | | Business Debt | | | | |
| Florida Rock Industries Michael A Kolcun 6960 Bonneval Road Suite 202 Jacksonville, FL 32216 | - | | | | | | | 30,825.84 |
| Account No. | | | | Business Debt | | | | |
| Foam Factory, Inc. 3510 NW 53rd Street Fort Lauderdale, FL 33309 | - | | | | | | | 604.07 |
| Account No. | | | | Business Debt | | | | |
| Forjays 2670 SE Willoughby Boulevard Stuart, FL 34994 | - | | | | | | | 5,276.08 |
| Account No. 83271-19304 | | | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | - | | | | | | | 798.21 |

Sheet no. __21__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    37,582.53

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____ ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 33800-24244<br><br>FPL<br>General Mail Facility<br>Miami, FL 33188 | | - | | Business Debt | | | | 163.49 |
| Account No. 86552-28230<br><br>FPL<br>General Mail Facility<br>Miami, FL 33188 | | - | | Business Debt | | | | 1,598.00 |
| Account No. 38687-31021<br><br>FPL<br>General Mail Facility<br>Miami, FL 33188 | | - | | Business Debt | | | | 127.69 |
| Account No. 12394-35587<br><br>FPL<br>General Mail Facility<br>Miami, FL 33188 | | - | | Business Debt | | | | 463.78 |
| Account No. 09262-56371<br><br>FPL<br>General Mail Facility<br>Miami, FL 33188 | | - | | Business Debt | | | | 419.88 |

Sheet no. __22__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,772.84

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                  ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 95080-61455 | | | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | - | | | | | | | 103.49 |
| Account No. 38394-63100 | | | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | - | | | | | | | 74.04 |
| Account No. 34936-67343 | | | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | - | | | | | | | 9.98 |
| Account No. 53081-73102 | | | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | - | | | | | | | 954.90 |
| Account No. 94630-73487 | | | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | - | | | | | | | 99.41 |

Sheet no. __23__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,241.82

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                      ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. 72220-78110 | | - | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | | | | | | | | 73.60 |
| Account No. 45335-82526 | | - | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | | | | | | | | 183.35 |
| Account No. 09707-62092 | | - | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | | | | | | | | 105.04 |
| Account No. 46029-26356 | | - | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | | | | | | | | 466.55 |
| Account No. 46039-24384 | | - | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | | | | | | | | 451.88 |

Sheet no. __24__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,280.42

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.
_____,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 82947-99070 | | | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | | - | | | | | | 512.24 |
| Account No. 94830-65000 | | | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | | - | | | | | | 299.01 |
| Account No. 95225-05511 | | | | Business Debt | | | | |
| FPL General Mail Facility Miami, FL 33188 | | - | | | | | | 334.87 |
| Account No. | | | | Business Debt | | | | |
| Framing Plus, LLC 4217 Twinbush Terrace North Port, FL 34286 | | - | | | | | | 1,524.00 |
| Account No. | | | | Business Debt | | | | |
| Francis Guzman c/o Scott Weinstein,Esq POB 9504 Fort Myers, FL 33906 | | - | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __25__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,670.12 |

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Business Debt | | | | | | |
| Fuhrman, Keith & Berson, Gloria c/o Leopold-Kuvin Gregory S Weiss 2925 PGA Blvd Suite 200 Palm Beach Gardens, FL 33410 | - | | | | | | | Unknown |
| Account No. 7389368-002 | | Business Debt | | | | | | |
| GE Capital POB 740441 Atlanta, GA 30374 | - | | | | | | | 3,380.36 |
| Account No. 90133590574 | | Business Debt | | | | | | |
| GE Capital POB 740441 Atlanta, GA 30374 | - | | | | | | | 670.82 |
| Account No. 7357819-001 | | Business Debt | | | | | | |
| GE Capital POB 740441 Atlanta, GA 30374 | - | | | | | | | 1,134.02 |
| Account No. 6952617-005 | | Business Debt | | | | | | |
| GE Capital POB 740441 Atlanta, GA 30374 | - | | | | | | | 3,833.72 |

Sheet no. __26__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    9,018.92

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business Debt | | | | |
| GE Capital POB 740441 Atlanta, GA 30374 | | | | | | | | 1,161.13 |
| Account No. 6952617-005 | | - | | Business Debt | | | | |
| GE Capital POB 740441 Atlanta, GA 30374 | | | | | | | | 1,307.13 |
| Account No. 10237 | | - | | 10/27/08 Business Debt | | | | |
| Gemaire Distributors POB 406698 Atlanta, GA 30384 | | | | | | | | 2,174.96 |
| Account No. | | - | | Lawsuit filed in Circuit Court, PBC, FL Case No. 502008CA005681XXXXMB | | | | |
| Germaine Fletcher c/o Geoffrey Ittleman 440 N Andrews Ave. Fort Lauderdale, FL 33301 | | | | | | | | Unknown |
| Account No. | | - | | Business Debt | | | | |
| Gold Coast Builders Associates 2102 Corporate Drive Boynton Beach, FL 33426 | | | | | | | | 1,495.00 |

Sheet no. __27__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,138.22

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                      ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 459420/Claim #130131 | | - | | | Business Debt | | | | |
| Great American Leasing Corporation c/o Kramer & Associates Matthew Weiss POB 500 Westwood, NJ 07675 | | | | | | | | | 32,631.16 |
| Account No. | | - | | | Business Debt | | | | |
| Green Sky Lawn Service 4509 SW Van Dyke Street Port Saint Lucie, FL 34953 | | | | | | | | | 438.00 |
| Account No. | | - | | | Business Debt | | | | |
| Griffith, Richard & Olga C/O C David Durkee, Roberts & Durkee PA Alhambra Towers, Penthouse 1, Suite 1603 121 Alhambra Plaza Coral Gables, FL 33134 | | | | | | | | | Unknown |
| Account No. | | - | | | Business Debt | | | | |
| Guerra, Tom & Juliet 2457 SE Isaac Road Port Saint Lucie, FL 34952-5533 | | | | | | | | | Unknown |
| Account No. | | - | | | Business Debt | | | | |
| Gunter's Concrete Pumping POB 9024 Jupiter, FL 33468 | | | | | | | | | 37.50 |

Sheet no. __28__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,106.66

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                            ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Halsey & Griffith Office Office Solutions 1170 NW 163 Drive Miami, FL 33169 | - | | | | | | | | 235.48 |
| Account No. | | | | | Lawsuit filed in Circuit Court, PBC, FL Case No. 502009CA002389XXXXMB | | | | |
| Heritage Carpet & Tile c/o Bruce E. Loren, Esq. 2000 Palm Beach Lakes Blvd. Suite 501 West Palm Beach, FL 33409 | - | | | | | | | | 33,249.63 |
| Account No. | | | | | Business Debt | | | | |
| Highhook Cranes, Inc. 1225 SE Port St. Lucie Blvd. Port Saint Lucie, FL 34952 | - | | | | | | | | 1,279.01 |
| Account No. SP910221 | | | | | Business Debt | | | | |
| Highland Pest Control 2771 Vista Parkway, ST F-10 West Palm Beach, FL 33411 | - | | | | | | | | 7,893.45 |
| Account No. 603532250326382 | | | | | Business Debt | | | | |
| Home Depot Credit Service Dept. 32-2503263802 POB 9055 Des Moines, IA 50368 | - | | | | | | | | 777.48 |

Sheet no. __29__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,435.05

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 1198041<br><br>Hometeam Pest Defence<br>544 Interstate Court, Bldg. F<br>Sarasota, FL 34240 | | - | | Business Debt | | | | 835.00 |
| Account No.<br><br>Ideal Roofing<br>11101 S. Crown Way<br>Wellington, FL 33414 | | - | | Business Debt | | | | 9,659.49 |
| Account No.<br><br>Imie & Decoteau James<br>C/O Alters/Boldt/Brown/Rash/Culmo<br>4141 Northeast 2nd Avenue Suite 201<br>Miami, FL 33137 | | - | | Business Debt | | | | Unknown |
| Account No. 0000152513/100105<br><br>Ironstone Bank<br>C/O: Law Offices of Wicker, Smith,<br>O'Hara, McCoy & Ford, PA<br>POB 14460<br>Fort Lauderdale, FL 33302 | | - | | Business Debt | | | | 733,000.00 |
| Account No.<br><br>J&M Contractors<br>8081 Pelican Harbour Drive<br>Lake Worth, FL 33467 | | - | | Business Debt | | | | 5,642.50 |

Sheet no. _30_ of _60_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

749,136.99

B6F (Official Form 6F) (12/07) - Cont.

In re      JPG Enterprises, Inc.                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| J&R Stone Crafters, I 239 South Grove Street Venice, FL 34285 | - | | | | | | | 17,820.00 |
| Account No. | | | | Business Debt | | | | |
| J. Zwiercan Painting 1 5784 Gallapo Road North Port, FL 34291 | - | | | | | | | 4,318.80 |
| Account No. | | | | Business Debt | | | | |
| Jade Home Decor 9309 El Paso Drive Lake Worth, FL 33467 | - | | | | | | | 70,462.10 |
| Account No. | | | | Business Debt | | | | |
| Jansen & Sons Insulat 745 Commerce Drive Venice, FL 34292 | - | | | | | | | 913.75 |
| Account No. | | | | Claim # FCIC-10-673-709 | | | | |
| Jared Elmore C/O Bankers Insurance Group Chuck Hoffman POB 33002 Saint Petersburg, FL 33733 | - | | | | | | | Unknown |

Sheet no. __31__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93,514.65

B6F (Official Form 6F) (12/07) - Cont.

In re      JPG Enterprises, Inc.                                    ,            Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Business Debt | | | | |
| Jeffrey Almeida C/O Alters/Boldt/Brown/Rash/Culmo 4141 Northeast 2nd Avenue Suite 201 Miami, FL 33137 | | | | | | | | Unknown |
| Account No. 47343 | | - | | 12/19/2008 Business Debt | | | | |
| Jetta Corporation POB 939 Wildwood, FL 34785 | | | | | | | | 8,678.95 |
| Account No. | | - | | Business Debt | | | | |
| John George 2442 Bay Village Court Palm Beach Gardens, FL 33410 | | | | | | | | 1,419,125.00 |
| Account No. | | - | | Business Debt | | | | |
| John R King C/O Gunster, Yoakley & Stewart PA 777 South Flagler Drive Suite 500 East West Palm Beach, FL 33401 | | | | | | | | Unknown |
| Account No. | | - | | Business Debt | | | | |
| John Rodgers Concrete 709 E Easy Street Fort Pierce, FL 34982 | | | | | | | | 11,621.80 |

Sheet no. __32__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,439,425.75

B6F (Official Form 6F) (12/07) - Cont.

In re     JPG Enterprises, Inc.                                      ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | Business Debt | | | | | | |
| John Schurer c/o Leopold-Kuvin Gregory S Weiss 2925 PGA Blvd. Suite 200 Palm Beach Gardens, FL 33410 | - | | | | | | | Unknown |
| Account No. | | Business Debt | | | | | | |
| Jordan Framing of NP 2227 Murphy CT; Unit 1 North Port, FL 34289 | - | | | | | | | 16,381.65 |
| Account No. | | Lawsuit filed in Circuit Court, PBC, FL Case No. 502009CA039735XXXMBAF | | | | | | |
| Jose & Maria Figueroa c/o Rich Stringer, Esq. POB 780206 Sebastian, FL 32978 | - | | | | | | | 28,982.61 |
| Account No. | | Business Debt | | | | | | |
| Joseph & Dorothy Parrillo c/o Alters Boldt Bown Rash Culmo 4141 Northeast 2nd Avenue Suite 201 Miami, FL 33137 | - | | | | | | | Unknown |
| Account No. | | Business Debt | | | | | | |
| Kathy Carrion c/o Alters Boldt Bown Rash Culmo 4141 Northeast 2nd Avenue Suite 201 Miami, FL 33137 | - | | | | | | | Unknown |

Sheet no. __33__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,364.26

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Kellsy's Sod POB 1192 Nocatee, FL 34268 | | - | | | | | | 4,357.28 |
| Account No. | | | | Business Debt | | | | |
| Ken's Wood & Laminate 15665 71st Place North Loxahatchee, FL 33470 | | - | | | | | | 4,509.25 |
| Account No. | | | | Business Debt | | | | |
| Kin-Care Services Inc. 10297 Hallandale Port Charlotte, FL 33901 | | - | | | | | | 4,146.59 |
| Account No. | | | | 4/28/08 Business Debt | | | | |
| Lamar Advertising C/O: Butler, Robbins & White Global Revenue Recovery 5701 Pine Island Road Suite 360 Fort Lauderdale, FL 33321 | | - | | | | | | 1,337.50 |
| Account No. | | | | Lawsuit filed Case No. 502009CA29492XXXXMB | | | | |
| Lash, Stephen c/o Mark Martella, Esq. 265 East Marion Avenue Suite 118 Punta Gorda, FL 33950 | | - | | | | | | Unknown |

Sheet no.  34  of  60  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,350.62

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                      ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Leyon, Mikhail & Eltahawy, Sherif C/O Linkhorst & Hockin, PA Adam C Linkhorst 4495 Military Trail Suite 16 Jupiter, FL 33458 | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Long Paint 1199 Royal Palm Beach Blvd. Royal Palm Beach, FL 33411 | - | | | | | | | 267.64 |
| Account No. | | | | Business Debt | | | | |
| Lydia Cason 435 21 St. SW Lot #106 Vero Beach, FL 32962 | - | | | | | | | Unknown |
| Account No. | | | | 07/22/09 Business Debt | | | | |
| Lynne S. K. Ventry, P.A. 955 NW 17th Avenue Delray Beach, FL 33445 | - | | | | | | | 44,176.65 |
| Account No. | | | | 03/22/07 Business Debt | | | | |
| Majestic Custom Home & Realty 4121 Royal Palm Beach Blvd. Royal Palm Beach, FL 33411 | - | | | | | | | 26,280.36 |

Sheet no. __35__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,724.65

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____ ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Majestic Home of Port 4121 Royal Palm Beach Blvd. Royal Palm Beach, FL 33411 | - | | | | | | | 300.00 |
| Account No. | | | | Business Debt | | | | |
| Majestic Homes & Realty SW LLC 2442 Bay Village Ct. Palm Beach Gardens, FL 33410 | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Majestic Homes of Vero 4121 Royal Palm Beach Blvd. Royal Palm Beach, FL 33411 | - | | | | | | | 554,140.00 |
| Account No. | | | | Business Debt | | | | |
| Majestic Landholdings 4121 Royal Palm Beach Blvd. Royal Palm Beach, FL 33411 | - | | | | | | | 642,900.00 |
| Account No. | | | | Business Debt | | | | |
| Majestic Trucking 4121 Royal Palm Beach Blvd. Royal Palm Beach, FL 33411 | - | | | | | | | 30,677.45 |

Sheet no. _36_ of _60_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 1,228,017.45 |

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lawsuit filed Case No. 2009 CC 4012 NC | | | | |
| Manasota Flooring c/o Stephen Henry Kurvin, Esq. 7 South Lime Avenue Sarasota, FL 34237 | - | | | | | | | 4,601.16 |
| Account No. | | | | Business Debt | | | | |
| Marie Casimir & Jean St Fluer 4377 SW Calah Circle Port St Lucie, FL | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Mark and Marian Youssef C/O Linkhorst & Hockin, PA Adam C Linkhorst 4495 Military Trail Suite 16 Jupiter, FL 33458 | - | | | | | | | Unknown |
| Account No. | | | | Case No. 08-4679-CA Case No. 09-720-CC | | | | |
| Martin Septic Service C/O: Albert J. Tiseo, Jr. Esq. Goldman, Tiseo & Sturges PA 701 JC Center, Suite 3 Port Charlotte, FL 33954 | - | | | | | | | 3,000.00 |
| Account No. | | | | 05/13/09 Business Debt | | | | |
| Maschmeyer Concrete Company Florida Inc 1142 Water Tower  Rd. Lake Park, FL 33403 | - | | | | | | | 22,236.06 |

Sheet no.  _37_  of  _60_  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,837.22

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Matt Combs Concrete Comp 13668 Fox Trail Loxahatchee, FL 33470 | | - | | | | | | | 3,276.00 |
| Account No. | | | | | Business Debt | | | | |
| McGregor Trucking 3858 Royal Hammock Boulevard Sarasota, FL 34240 | | - | | | | | | | 5,000.00 |
| Account No. | | | | | 12/17/08 Business Debt | | | | |
| Med Express Urgent CA 1021 State Road 7 Royal Palm Beach, FL 33411 | | - | | | | | | | 110.00 |
| Account No. | | | | | Case No. 50-2006 CA 001749 XXXX MB | | | | |
| Mendez, Rene & Karen C/O: Law Office of Leon A. Burnet, PA 150 Alhambra Circle, Suite 950 Coral Gables, FL 33134 | | - | | | | | | | Unknown |
| Account No. TM05550352 | | | | | 11/07/08 Business Debt | | | | |
| Metlife POB 804466 Kansas City, MO 64180 | | - | | | | | | | 361.85 |

Sheet no. __38__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,747.85

B6F (Official Form 6F) (12/07) - Cont.

In re      JPG Enterprises, Inc.                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Michael Kevin Walsh R<br>1604 SE Village Green Drive<br>Port Saint Lucie, FL 34952 | | - | Business Debt | | | | 17,007.47 |
| Account No.<br><br>Michel Judet<br>c/o William Anderson Jr., Esq.<br>POB 288<br>Stuart, FL 34995 | | - | 2/24/09<br>Lawsuit filed in Circuit Court, PBC, FL<br>Case No. 502009CA006407XXXXMBAF<br>Final judgment | | | | Unknown |
| Account No.<br><br>Microbac Laboratories<br>115 Corporation Way, Suite F<br>Venice, FL 34285 | | | 10/24/08<br>Business Debt | | | | 78.45 |
| Account No. 813-269-7172<br><br>Mid-Continent Casualty Company<br>POB 2928<br>Tulsa, OK 74101 | | - | Business Debt | | | | Unknown |
| Account No.<br><br>Mike Maloney Carpentry<br>2637 Tisaman Avenue<br>North Port, FL 34286 | | - | Business Debt | | | | 11,990.40 |

Sheet no. __39__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,076.32

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business Debt | | | | |
| MJTI Enterprises 495 Martin Road SE Palm Bay, FL 32909 | | | | | | | | 2,301.00 |
| Account No. | | - | | Business Debt | | | | |
| Mobil Fleet POB 5727 Carol Stream, IL 60197 | | | | | | | | 13,190.77 |
| Account No. morn-1868-8-jpg | | - | | 01/22/08 Business Debt | | | | |
| Morningside Professional Plaza 2801 PGA Blvd. Suite 220 Palm Beach Gardens, FL 33410 | | | | | | | | 10,214.79 |
| Account No. | | - | | Business Debt | | | | |
| Natasha & Colin Green c/o Alters Boldt Bown Rash Culmo 4141 Northeast 2nd Avenue Suite 201 Miami, FL 33137 | | | | | | | | Unknown |
| Account No. | | - | | 1/20/09 Lawsuit filed in Circuit Court, PBC, FL Case No. 502009CA001858XXXXMBAW Pending | | | | |
| National City Bank c/o Suly Espinoza, Esq. 1800 NW 49th Street Suite 120 Fort Lauderdale, FL 33309 | | | | | | | | Unknown |

Sheet no. __40__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        25,706.56

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>Neathery, Ronald<br>15101 68th Court N<br>Loxahatchee, FL 33470 | - | | | | Business Debt | | | | Unknown |
| Account No. 449105415<br><br>Nextel-Sprint<br>POB 4181<br>Carol Stream, IL 60197 | - | | | | 01/12/09<br>Business Debt | | | | 6,142.64 |
| Account No.<br><br>Norandex/Reynolds<br>c/o Robert M. Abramson, Esq.<br>Garry J. Alhalel, PA<br>25 SE 2nd Avenue 1045 Ingraham Bldg.<br>Miami, FL 33131 | - | | | | 02/10/08<br>Lawsuit filed<br>Case No. 0.06012<br>Case No. 50 2009 CA 037145 XXXX MB | | | | 95,213.35 |
| Account No.<br><br>Novlet & Lionel Rose<br>C/O Alters/Boldt/Bown/Rash/Culmo<br>4141Northeast 2nd Avenue Suite 201<br>Miami, FL 33137 | - | | | | Business Debt | | | | Unknown |
| Account No.<br><br>Odums Sod<br>POB 865<br>Loxahatchee, FL 33470 | - | | | | Business Debt | | | | 9,332.30 |

Sheet no. __41__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                110,688.29

B6F (Official Form 6F) (12/07) - Cont.

In re   JPG Enterprises, Inc.                                                      ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Office Depot<br>POB 689020<br>Des Moines, IA 50368 | - | | Business Debt | | | | 5,990.26 |
| Account No. W7002032-7<br><br>Onyx Waste Services, SE<br>363 Tall Pines Road<br>West Palm Beach, FL 33413 | - | | Business Debt | | | | 42.05 |
| Account No. 8323-220349<br><br>Palm City Sod<br>c/o Alex King, Lee Alan Reed Associates<br>1718 East Giddens Avenue<br>Tampa, FL 33610 | - | | Business Debt | | | | 7,700.00 |
| Account No.<br><br>Pence Septic Systems<br>3160 Dixie Highway, N.E.<br>Palm Bay, FL 32905 | - | | Business Debt | | | | 3,581.90 |
| Account No.<br><br>Perez, Matthew & Jennifer<br>c/o Stephen Orchard Esq.<br>Orchard Law Group<br>127 NE 2nd Avenue<br>Delray Beach, FL 33444 | - | | Lawsuit filed<br>Case No. 2009056991 | | | | Unknown |

Sheet no. __42__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,314.21

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Business Debt | | | | |
| Persaud, Narayan & Durpattie C/O C David Durkee, Roberts & Durkee PA Alhambra Towers, Penthouse 1, Suite 1603 121 Alhambra Plaza Coral Gables, FL 33134 | | - | | | | | | Unknown |
| **Account No.** 0973883-004 | | | | 10/23/08 Business Debt | | | | |
| Pitney Powes Credit Corporation P.O. Box 84560 Louisville, KY 40285-5460 | | - | | | | | | 2,564.54 |
| **Account No.** | | | | Lawsuit filed Case No. 09-16782 18 | | | | |
| Port Consolidated c/o Jeffrey R Eisensmith 5561 N University Drive, Suite 103 Coral Springs, FL 33067 | | | | | | | | 19,155.56 |
| **Account No.** | | | | 06/04/08 Business Debt | | | | |
| Praxair Distributors Department at 40473 Atlanta, GA 31192 | | - | | | | | | 36.19 |
| **Account No.** | | | | Business Debt | | | | |
| Premier Custom Cleaning 3417 Junction Street North Port, FL 34288 | | - | | | | | | 2,812.50 |

Sheet no. __43__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,568.79

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 431923<br><br>Premium Assign. Corporation<br>3522 Thomasville Road Suite 400<br>Tallahassee, FL 32315 | | - | | | 05/13/08<br>Business Debt | | | | 591.34 |
| Account No. 00-PAF0142<br><br>Prestige AB Ready Mix<br>POB 451236<br>Kissimmee, FL 34744 | | - | | | Business Debt | | | | 10,638.96 |
| Account No.<br><br>Price Termite & Pest<br>500 Barton Blvd. Suite 5<br>Rockledge, FL 32955 | | - | | | Business Debt | | | | 302.00 |
| Account No.<br><br>Prima Development<br>1313 SW South Macedo Blvd.<br>Port Saint Lucie, FL 34983 | | - | | | Business Debt | | | | 1,365.00 |
| Account No.<br><br>Prism Surveying, Inc.<br>17721 62nd Road North<br>Loxahatchee, FL 33470 | | - | | | Business Debt | | | | 2,675.00 |

| Sheet no. __44__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 15,572.30 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                    ,    Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Probuild East LLC<br>C/O Jeffry E. Baughman, Esq<br>1032 MLK Jr. Street North<br>Saint Petersburg, FL 33705 | - | | 02/13/08<br>Lawsuit filed<br>Case No. 08-012741-CO-40 | | | | 6,984.73 |
| Account No. JPG/EN<br><br>R&W Distributors, Inc.<br>698 Bell Road<br>Sarasota, FL 34240 | - | | 10/06/08<br>Business Debt | | | | 530.30 |
| Account No. John George<br><br>Ray Masciarella P.A.<br>840 US HWY 1. Suite 340<br>North Palm Beach, FL 33408 | - | | 06/12/08<br>Business Debt | | | | 15,990.33 |
| Account No.<br><br>Raymond Building Supply<br>7751 Bayshore Road<br>North Fort Myers, FL 33917 | - | | Business Debt | | | | 11.40 |
| Account No.<br><br>Reliable Poly John<br>POB 5375<br>Vero Beach, FL 32961 | - | | 06/15/08<br>Business Debt | | | | 1,465.92 |

Sheet no. __45__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,982.68

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                                      ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 597 | | | Business Debt | | | | | |
| Ridgeway Plumbing 640 East Industrial Avenue Boynton Beach, FL 33426 | - | | | | | | | 4,143.00 |
| Account No. | | | Business Debt | | | | | |
| Robert and Patricia Robinson c/o Alters Boldt Bown Rash Culmo 4141 Northeast 2nd Avenue Suite 21 Miami, FL 33137 | - | | | | | | | Unknown |
| Account No. | | | Business Debt | | | | | |
| Robinson, Patricia and Robert 2607 SW Acco Road Port Saint Lucie, FL 34953 | - | | | | | | | Unknown |
| Account No. | | | Business Debt | | | | | |
| Rodriguez, Rudy c/o Shapiro, Blast, Wasserman Gora PA Allison Grant 7777 Glades Road Suite 400 Boca Raton, FL 33434 | - | | | | | | | Unknown |
| Account No. | | | Business Debt | | | | | |
| Rojas, Joseph & Eugenia 2389 SW Independence Road Port Saint Lucie, FL 34953 | - | | | | | | | Unknown |

Sheet no. __46__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,143.00

B6F (Official Form 6F) (12/07) - Cont.

In re     JPG Enterprises, Inc.                                    ,     Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| Russ' Plumbing Service 6255 Bolander Terrace North Port, FL 34287 | - | | | | | | | 1,984.68 |
| Account No. | | | | Business Debt | | | | |
| Salvatrice Ammirato C/O Law Offices of Could Cooksey Fennell PA Brian J Connelly 979 Beachland Blvd Vero Beach, FL 32963 | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Sarasota Wholesale Tile 1931 13th Street Sarasota, FL 34236 | - | | | | | | | 3,105.19 |
| Account No. | | | | Business Debt | | | | |
| SBS Flooring Corp 720 2nd Place S.W. Vero Beach, FL 32962 | - | | | | | | | 3,484.50 |
| Account No. | | | | Business Debt | | | | |
| Scosta Corp 3670 Commerce Center Drive Sebring, FL 33870 | - | | | | | | | 13,937.50 |

Sheet no. __47__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,511.87

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Lawsuit filed Case No. 562009CA009278 | | | | |
| Scott, Benjamin & Fay c/o Alters Boldt Bown Rash Culmo 4141 Northeast 2nd Avenue Suite 201 Miami, FL 33137 | - | | | | | | | Unknown |
| **Account No.** | | | | Business Debt | | | | |
| SCP Distributors, LLC c/o Victor W Holcomb 201 N Armenia Avenue Tampa, FL 33609 | - | | | | | | | 12,710.63 |
| **Account No.** | | | | 06/06/08 Lawsuit filed Case No. 08-2614-CC | | | | |
| SCRIPPS Treasure Coast c/o Marc B Cohen, Esq. 250 Australian Avenue Suite 1010 West Palm Beach, FL 33401 | - | | | | | | | 475.49 |
| **Account No.** 12019063000 | | | | Business Debt | | | | |
| SEARS POB 689134 Des Moines, IA 50368 | - | | | | | | | 46,646.65 |
| **Account No.** | | | | Business Debt | | | | |
| Service Software, LLC Suite 100 2100 W. Littleton Blvd. Littleton, CO 80120 | - | | | | | | | 745.00 |

| Sheet no. __48__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 60,577.77 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Shadroy, Ronald & Sherry<br>c/o Douglas Grissinger<br>Mellor & Grissinger<br>13801 S Tamiami Trail Suite D<br>North Port, FL 34287 | - | | Lawsuit filed<br>Case No. 2009-CA 2185 NC | | | | 9,000.00 |
| Account No.<br><br>Shaffick Ali R & F Carpentry<br>16756 62nd Rd North<br>Loxahatchee, FL 33470 | - | | Business Debt | | | | 5,500.00 |
| Account No.<br><br>SOS Septic & Sewer, Inc.<br>110 Commercial Place<br>Sebring, FL 33876 | - | | Business Debt | | | | 450.00 |
| Account No.<br><br>Southeastern Excavating<br>C/O Kenneth M Curtin, Ruden McClosky PA<br>222 Lakeview Avenue Suite 800<br>West Palm Beach, FL 33401 | - | | Lawsuit filed<br>Case No. 502009CA033364XXXXMB | | | | 21,660.00 |
| Account No.<br><br>Southern Waste System<br>790 Hillbrath Drive<br>Lantana, FL 33462 | - | | Business Debt | | | | 1,171.75 |

Sheet no. __49__ of __60__ sheets attached to Schedule of    Subtotal    37,781.75
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business Debt | | | | |
| Southwest Innovation 11220-21 Metro Pkwy Suite 21 Fort Myers, FL 33966 | - | | | | | | | | 350.00 |
| Account No. 917675111 | | | | | 09/03/08 Business Debt | | | | |
| Sprint POB 4181 Carol Stream, IL 60197 | - | | | | | | | | 352.13 |
| Account No. 139773610 | | | | | 09/03/08 Business Debt | | | | |
| Sprint POB 4181 Carol Stream, IL 60197 | - | | | | | | | | 85.83 |
| Account No. | | | | | Business Debt | | | | |
| St. Pierre Aluminum 108 Cayman Drive Palm Springs, FL 33461 | - | | | | | | | | 1,036.00 |
| Account No. | | | | | 06/15/09 Business Debt | | | | |
| Stanley I. Foodman 1201 Brickell Avenue, Suite 610 Miami, FL 33131 | - | | | | | | | | 84,000.00 |

Sheet no. __50__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 85,823.96 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                        ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| STEC Enterprises, Inc. 483-B Collingswood Avenue Port Charlotte, FL 33954 | - | | | | | | | 12,753.00 |
| Account No. | | | | Business Debt | | | | |
| Stephen J. Brown 619 East 5th Street Stuart, FL 34994 | - | | | | | | | 5,282.00 |
| Account No. 961801465 | | | | Lawsuit filed Case No. 502010CA003256 XXXX AW | | | | |
| Sterling Bank c/o Damon E. Gasser, Esq. Simon, Sigalos & Spyredes, PA 3839 NW Boca Raton Blvd. Suite 100 Boca Raton, FL 33431 | | | | | | | | 500,000.00 |
| Account No. | | | | Lawsuit filed Case No. 09-CA-020536 | | | | |
| Stock Building Supply of Florida, LLC c/o Stephen L Evans 104 North Thomas Street Plant City, FL 33563 | - | | | | | | | 18,187.41 |
| Account No. | | | | Lawsuit filed Case No. 2010-CA-002578 | | | | |
| Summit Consulting, Inc. C/O Angela Lack Anthony & Partners, LLC 201 N Franklin St. Suite 2400 Tampa, FL 33602 | - | | | | | | | Unknown |

Sheet no. _51_ of _60_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

536,222.41

B6F (Official Form 6F) (12/07) - Cont.

In re   JPG Enterprises, Inc. _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 263040<br><br>Suncoast Media Group<br>POB 22045<br>Tampa, FL 33622 | - | | 06/04/08<br>Business Debt | | | | 3,165.00 |
| Account No.<br><br>Sunland Paving Company<br>4169 Electric Way<br>Charlotte Harbor, FL 33980 | - | | Business Debt | | | | 475.00 |
| Account No.<br><br>Swellands Silt Fence<br>19514 Midway Boulevard<br>Port Charlotte, FL 33948 | - | | Business Debt | | | | 820.00 |
| Account No.<br><br>SY'S Supplies<br>235 North Jog Road<br>West Palm Beach, FL 33413 | - | | Business Debt | | | | 3,450.70 |
| Account No.<br><br>System Specialist<br>8606 Palomino Drive<br>Lake Worth, FL 33467 | - | | Business Debt | | | | 12,125.41 |

Sheet no. _52_ of _60_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,036.11

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 615838 <br><br> T-Square Express, Inc. <br> POB 012061 <br> Miami, FL 33101 | - | | | 03/09/09 <br> Business Debt | | | | 1,138.79 |
| Account No. <br><br> Tailored Foam of FL. Res <br> 100 Loren Court <br> Sanford, FL 32776 | - | | | Business Debt | | | | 1,036.00 |
| Account No. <br><br> Telecom Management <br> POB 460070 <br> Fort Lauderdale, FL 33346 | - | | | 09/03/08 <br> Business Debt | | | | 553.00 |
| Account No. <br><br> The Carpenter, Inc. <br> 1042 Strasburg Drive <br> Port Charlotte, FL 33952 | - | | | Lawsuit filed <br> Case No. 09-49-SP | | | | 3,096.80 |
| Account No. <br><br> Tile Works Palm Beach <br> 1606 16th Way <br> West Palm Beach, FL 33407 | - | | | Business Debt | | | | 4,409.45 |

Sheet no. _53_ of _60_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    10,234.04

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                         ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Toniseen, Vincent & Marilyn<br>9159 Big Star Avenue<br>Englewood, FL 34224 | | - | | Lawsuit filed<br>Case No. 09-1231-SP | | | | Unknown |
| Account No. 65-0399902<br><br>Total Compliance Network<br>5440 NW 33rd Avenue<br>Suite 106<br>Fort Lauderdale, FL 33309 | | - | | 09/19/08<br>Business Debt | | | | 33.00 |
| Account No.<br><br>Touchstone Florida<br>3707 Interstate Park Rd. Suite A<br>Riviera Beach, FL 33404 | | - | | Business Debt | | | | 5,111.00 |
| Account No.<br><br>Travis & Rachael Klemann<br>C/O Linkhorst & Hockin PA<br>Adam C Linkhorst<br>4495 Military Trail Suite 16<br>Jupiter, FL 33458 | | - | | Business Debt | | | | Unknown |
| Account No.<br><br>Treasure Coast Tractor S<br>20450 Schumann Road<br>Fort Pierce, FL 34945 | | - | | Business Debt | | | | 2,675.00 |

Sheet no. __54__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,819.00

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc. _____ ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Business Debt | | | | |
| Tru Trucking, Inc. POB 1058 Loxahatchee, FL 33470 | | | | | | | | 1,160.00 |
| Account No. | | - | | Business Debt | | | | |
| Tryon Plumbing Inc. 925 Wagner Place Fort Pierce, FL 34982 | | | | | | | | 150.00 |
| Account No. | | - | | Business Debt | | | | |
| Turfco of Southwest 7423 SW County Road 769 Arcadia, FL 34269 | | | | | | | | 2,550.00 |
| Account No. | | - | | 08/01/08 Business Debt | | | | |
| Two-Twenty-Two Corp 4655 80th Lane South Lake Worth, FL 33463 | | | | | | | | 110.00 |
| Account No. | | - | | Business Debt | | | | |
| United Site Services 3506 81st Court East Bradenton, FL 34211 | | | | | | | | 1,005.21 |

Sheet no. __55__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,975.21

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc._____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 481VX9 | | | Business Debt | | | | |
| UPS POB 7247-0244 Philadelphia, PA 19170 | - | | | | | | 1,366.88 |
| Account No. | | | Business Debt | | | | |
| Varsity Glass, Inc. 7917 SW Jack James Drive #9 Stuart, FL 34997 | - | | | | | | 217.00 |
| Account No. | | | Business Debt | | | | |
| Vescio, Angelo & Elena c/o Colson Hicks Eidson Ervin A Gonzalez 255 Aragon Avenue 2nd FL Coral Gables, FL 33134 | - | | | | | | Unknown |
| Account No. | | | Lawsuit filed in Circuit Court, PBC, FL Case No. 502009CA016524XXXXMB | | | | |
| Village Professional Park POA, GRS Management Associates c/o Brough, Chadrow & Levine PA 1900 North Commerce Parkway Weston, FL 33326 | - | | | | | | 6,301.76 |
| Account No. | | | Lawsuit filed in Small Claims Court, PBC, FL Case No. 502007SC013024XXXXMB Case No. 502007-SC-001633 | | | | |
| Vitnat Services, Inc. 419 SW Molloy Street Port Saint Lucie, FL 34984 | - | | | | | | 5,867.76 |

Sheet no. _56_ of _60_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,753.40

B6F (Official Form 6F) (12/07) - Cont.

In re    JPG Enterprises, Inc.                                      ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Waste Pro of Florida Inc. 4100 Selvitz Road Fort Pierce, FL 34981 | - | | | | | | | 1,176.16 |
| Account No. | | | | Lawsuit filed Case No. 2009 SC 006337 NC | | | | |
| Water World Purification c/o Angela D Tobaygo, Esq. Abel, Tobaygo, Sisek 3307 Clark Road Suite 201 Sarasota, FL 34231 | - | | | | | | | 2,100.00 |
| Account No. | | | | Business Debt | | | | |
| Weaver Precast of FL 350 Thorpe Road Orlando, FL 32824 | - | | | | | | | 40,482.63 |
| Account No. | | | | Business Debt | | | | |
| WGGC Strefling 5177 Dalewood Avenue Punta Gorda, FL 33982 | - | | | | | | | 2,561.00 |
| Account No. | | | | Business Debt | | | | |
| Wholesale Flooring and Supply 4300 Kings Highway unit 500 Punta Gorda, FL 33980 | - | | | | | | | 3,808.59 |

Sheet no. __57__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,128.38

B6F (Official Form 6F) (12/07) - Cont.

In re     JPG Enterprises, Inc.                                    ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>William & Linda Dicker<br>355 21St. Ct.<br>Vero Beach, FL 32962 | | - | | Business Debt | | | | Unknown |
| Account No.<br><br>William Palsgraf<br>C/O Leopold-Kuvin<br>Gregory S Weiss<br>2925 PGA Blvd. Suite 200<br>Palm Beach Gardens, FL 33410 | | - | | Business Debt | | | | Unknown |
| Account No.<br><br>Wilson Pools, Inc.<br>POB 494916<br>Port Charlotte, FL 33949 | | - | | Business Debt | | | | 85.00 |
| Account No.<br><br>Winston Buddle<br>c/o Navaretta & Navaretta<br>Stephan Navaretta Esq.<br>1100 SW St. Lucie West Blvd.<br>Port Saint Lucie, FL 34986 | | - | | Lawsuit filed in Circuit Court, PBC, FL<br>Case No. 502008CA008387 | | | | Unknown |
| Account No. 21297<br><br>Wood Business Product<br>Suite 101<br>5350 NW 35th Terrace<br>Fort Lauderdale, FL 33309 | | - | | 05/19/08<br>Business Debt | | | | 4,290.78 |

Sheet no. __58__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      4,375.78

B6F (Official Form 6F) (12/07) - Cont.

In re     JPG Enterprises, Inc. _____ ,     Case No. _____
                                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Business Debt | | | | |
| Xtreme Construction 220 Waterway Village Greenacres, FL 33413 | | | | | | | | 1,879.97 |
| Account No. | | - | | Business Debt | | | | |
| Z's Disposal, LLC. 23334 Lehigh Avenue Port Charlotte, FL 33954 | | | | | | | | 1,400.00 |
| Account No. | | - | | Business Debt | | | | |
| Zeiger Crane 4651 Dyer Blvd. Riviera Beach, FL 33407 | | | | | | | | 770.00 |
| Account No. | | - | | 06/04/08 Business Debt | | | | |
| Zephyrhills POB 856680 Louisville, KY 40285 | | | | | | | | 92.80 |
| Account No. 7722051 | | - | | 06/04/08 Business Debt | | | | |
| Zephyrhills POB 856680 Louisville, KY 40285 | | | | | | | | 150.41 |

Sheet no. __59__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,293.18

B6F (Official Form 6F) (12/07) - Cont.

In re      JPG Enterprises, Inc. _____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Zicaro's Inc. c/o The Offices of Griffin & Associates Edward T Mcintosh 1000 SW 15th Street Pompano Beach, FL 33069 | - | | | | | | | 7,712.20 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __60__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 7,712.20 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 7,098,874.02 |

B6G (Official Form 6G) (12/07)

In re    JPG Enterprises, Inc.                 ,       Case No.  _____

                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re     JPG Enterprises, Inc.                 ,     Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    JPG Enterprises, Inc.                          Case No. _____

                           Debtor(s)            Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___77___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   July 19, 2010                       Signature    /s/ John Paul George

                                               John Paul George

                                               President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re   JPG Enterprises, Inc.                                            Case No.

                                            Debtor(s)           Chapter     7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT                     SOURCE

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT                     SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER Heritage vs. JPG Enterprises | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Michel Judet vs. JPG Enterprises Case No. 502009CA006407XXXXMBAF | Lawsuit | Circuit Court Palm Beach County, FL | Final judgment |
| National City Bank v. Majestic Land Holdings Case No. 502009CA001858XXXXMB | Lawsuit | Circuit Court Palm Beach County, FL | Pending |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED Sterling Bank | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY Bank Acct. No. |
| --- | --- | --- |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Young Brooks & Pefka, P.A. 1860 Forest Hill Blvd. Suite 201 West Palm Beach, FL 33406 | 7/12/10 | $7,800 paid in legal fees and costs for Chapter 7 Petition in Bankruptcy |

---

4

---

**10.  Other transfers**

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11.  Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12.  Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13.  Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

5

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---------------------------------------|---------------|------------------------|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

7

## 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

## 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

## 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

## 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   July 19, 2010                              Signature   /s/ John Paul George
                                                               John Paul George
                                                               President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re    JPG Enterprises, Inc. _____    Case No. _____

                                          Debtor(s)         Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    July 19, 2010 _____         /s/ John Paul George _____
                                                John Paul George/President
                                                Signer/Title

84 Lumber Company
POB 365
Eighty Four, PA 15330


Able Sanitation, Inc. D/B/A United Site
c/o Law Firm of Elias C. Schwartz
2499 Glades Road
Suite 313
Boca Raton, FL 33431


Accardi Irrigation, Inc.
156 Martin Circle
Royal Palm Beach, FL 33411


Adam & Katherine Buxton
c/o Alters Boldt Bown Rash Culmo
Robert B Brown
4141 Northeast 2nd Avenue Suite 201
Miami, FL 33137


ADS Contractor Inc.
12459 Tamiami Trail
Punta Gorda, FL 33955


Advanced Claim Solution, LLC
1013 SE 16th Court
Stuart, FL 34996


Advanced Copy Solutions Inc.
17041 70th Street N.
Loxahatchee, FL 33470


Alderman, David and Doreen
c/o W. Trent Steele, Esq.
8902 SE Bridge Road
Hobe Sound, FL 33455


All Broward Hurricane
c/o Law Offices of Sprechman & Assoc PA
2775 Sunny Isles Blvd., Suite 100
Miami, FL 33160


All Natural Pools & Spa
8 West Pinetree Avenue
Lake Worth, FL 33467

All Star Toilet Co. LLC
POB 221167
West Palm Beach, FL 33422


Alton Tractor Services
153 DeLeon Drive
Venice, FL 34287


AmeriBank
LNV Corporation
c/o David Consuegra, Esq.
9204 King Palm Drive
Tampa, FL 33619


American PB Gar
2201 SE Indian Street
Stuart, FL 34997


Amerigas- Ft. Pierce
3301 Oleander Ave
Fort Pierce, FL 34982


Anytime Insulators Inc.
POB 530186
Lake Park, FL 33403


Ardaman & Associates
Dept 1668
Denver, CO 80291


Armando Hernandez
2603 SW Acco Road
Port Saint Lucie, FL 34953


Artistic Pools
4121 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411


AT&T
POB 105503
Atlanta, GA 30348


AT&T
POB 70529
Charlotte, NC 28272

AT&T
POB 105262
Atlanta, GA 30348


Bahgat Zakhary
c/o Linkhorst & Hockin PA
Adam C Linkhorst
4495 Military Trail Suite 16
Jupiter, FL 33458


Bank of America
RE Loan Administration Service
c/o Stearns, Weaver, Miller, et al.
POB 3299
Tampa, FL 33601


Bank of America Leasing Lease Admin Ctr.
POB 371992
Pittsburgh, PA 15250


Banner Supply
1660 SW 13th Ct.
Pompano Beach, FL 33069


Banner Supply Corp.
2101 NW Settle Avenue
Port Saint Lucie, FL 34986


Bautista Masonry of SW FL, Inc
5207 6th Street W
Lehigh Acres, FL 33971


Bayshore Industrial Properties
POB 354
Stuart, FL 34995


Benchmark Aluminum
125 Justine Street
Port Charlotte, FL 33954


Bennett Surveying + Mapp
439 SE Port St. Lucie Blvd.
Port Saint Lucie, FL 34984

Beyel Brother Crane
POB 236246
Cocoa, FL 32923


Bloomen Int'l, LLC d/b/a Pro Air Int'l
c/o Albert J Tiseo, Jr. Esq.
701 JC Center Court
Suite 3
Port Charlotte, FL 33954


Blue Haven Pools of Ft. Myers, IONC.
1035 Collier Center Way, Suite #8
Naples, FL 34110


Bonded Builders Home Warranty
1500 Kings Highway
Port Charlotte, FL 33980


Bradco Supply ( N.P.)
250 E. Charlotte Ave.
Punta Gorda, FL 33950


Bradco Supply Corp.
c/o Arnold & Burguieres
1701 M L King Street North
Saint Petersburg, FL 33704


Bradford J. Beily, P.A.
1144 SE 3 Avenue
Fort Lauderdale, FL 33316


Bridgefield Employers Ins. Co.
POB 32034
Lakeland, FL 33802


Brink's Home Tech
POB 951024
Dallas, TX 75395


Broadview Security
CT Corporation System
1200 S Pine Island Road
Plantation, FL 33324

Bruce Kaleita Esq
Suite 500
1615 Forum Place
West Palm Beach, FL 33401


Buckeye Plumbing
310 Business Park Way
West Palm Beach, FL 33411


Builder Homesite
c/o Alan B Gest, Esq.
20801 Biscayne Blvd.
Suite 506
Aventura, FL 33180


Builder Homesite, Inc.
POB 847905
Dallas, TX 75284


Burton Construction SE
1431 Meres Boulevard
Tarpon Springs, FL 34689


Byrnes Surveying, In
19800 Veterians Blvd, Unit d-4
Port Charlotte, FL 33954


C&S Landscape
17839 33rd Road North
Loxahatchee, FL 33470


C.D. Broom Wood Floors
1963 NE San Carlos Calle
Jensen Beach, FL 34957


C2C Resources, LLC
56 Perimeter Center East
Atlanta, GA 30346


Canac Kitchen Cabinet
837 W.13th Street, Suite #3
Riviera Beach, FL 33404

Casale Marble Import
750 S.W. 17th Ave
Delray Beach, FL 33444


Casper Quammie
8342 Laskin Avenue
North Port, FL 34291


Cathy Petito Cleaning
c/o James D'Loughy, Esq.
2855 PGA Blvd.
Palm Beach Gardens, FL 33410


Causeway Lumber Co.
POB 21088
Fort Lauderdale, FL 33335


Celtic Advance
6062 SW 19th Street
N. Lauderdale, FL 33068


Central Window
4388 US Highway 1
Vero Beach, FL 32967


Ceridian Benefit Service
POB 10989
Newark, NJ 07193


Classic Cultured Marble
8300 Currency Drive
Riviera Beach, FL 33404


Cleartel Communications
POB 6432
Carol Stream, IL 60197


CNH Capital America LLC
c/o Robert Eddy Esq.
808 W. De Leon St.
Tampa, FL 33606

Colonial Pacific Leasing Corporation
c/o Law Offices of John S Schoene PA
100 E Sybelia Avenua
Suite 205
Maitland, FL 32751


Colonial Ready Mix LL
1811 Englewood Rd
Englewood, FL 34224


Comcast
POB 105184
Atlanta, GA 30348


Commerical Lighting Supply
1967 West 9th Street
Riviera Beach, FL 33404


Cooks Lawn Service
109 Camino Street
Port Saint Lucie, FL 34953


Coral Key Designs
POB 212414
Roal Palm Beach, FL 33421


Country Tees
801 Maplewood Drive #11
Jupiter, FL 33458


Cprompt Computer Services, Inc
12570 Tamiami Trail, Unit C
Punta Gorda, FL 33955


Creswell Engineers
4459 SE Kubin Ave
Stuart, FL 34997


Crown Seamless Gutter
5481 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411


Culvert Specialist
1077 Sanger St.
Port Charlotte, FL 33952

Custom Contractors
1671 SW Baltimore Street
Port Saint Lucie, FL 34984

Custom Pools by Precisio
2227 Murphy Court, #3
North Port, FL 34289

Custom Textures
16140 East Gold Cup Drive
Loxahatchee, FL 33470

Cypress Well Drilling, I
6688 Duckweed Road
Lake Worth, FL 33467

D&B (WEB)
74 Remittance Drive, Suite 1793
Chicago, IL 60675

D&B Tile of Palm Beach
3346 45th Street
West Palm Beach, FL 33407

D&D Garage Doors, In
1298 Market Circle, Unit 1-D
Port Charlotte, FL 33953

D.W. Sod Company
c/o Laura Ann McCall, Esq.
400 NW 2nd Street
Okeechobee, FL 34972

Davis A/C Service, Inc.
5651 Chase Court
West Palm Beach, FL 33415

Davis Stucco, Inc.
3100 North Kings Highway
Fort Pierce, FL 34951

Dawson Williams
POB 1307
Jupiter, FL 33468

Decambre, Nadine & Bell, Pansy
c/o David Durkee, Roberts & Durkee PA
Alhambra Towers,Penthouse 1, Suite 1603
121 Alhambra Plaza
Coral Gables, FL 33134


Distinctive Kitchen & Baths
1217 Clint Moore Rd
Boca Raton, FL 33487


Dolphin Specialties, Inc.
c/o R Amy Blum Marks, Esq.
1900 Glades Road
Suite 102
Boca Raton, FL 33431


Douglas Philip and Jeanette
c/o Morgan&Morgan Scott WM Weinstein Esq
POB 9504
Fort Myers, FL 33906


DR Goodroof Inc.
11461 Tamiami Trail
Punta Gorda, FL 33955


Dybiec, Greg
c/o Parker Waichman Alonso LLP
April S Goodwin Esq.
3301 Bonita Beach Road
Bonita Springs, FL 34134


Ed's Well & Pump, Inc.
15505 82nd Street North
West Palm Beach, FL 33411


Embarq
POB 96064
Charlotte, NC 28296


Envirotek Services, Inc.
8972 Banyan Blvd.
Loxahatchee, FL 33470


Eric Remodeling
4461 NW 9th Street
Coconut Creek, FL 33066

Ervin, Ronnie & Rodella
c/o David Durkee, Roberts & Durkee PA
Alhambra Towers, Penthouse 1 Suite 1603
121 Alhambra Plaza
Miami, FL 33134


Express Roll-Off
245 Bayhead Drive
Melbourne, FL 32940


Extra Space Storage
17960 Paulson Drive
Port Charlotte, FL 33954


Fireside Dist. Inc.
POB 530667
Lake Park, FL 33403


First Rate Roofing
2858 N. Biscayne Dr.
North Port, FL 34286


FL. Marble Industries
1673 SE Meimeyer Circle
Port Saint Lucie, FL 34952


Floor-ida Tile Carpet
7663 Ironhorse Blvd.
West Palm Beach, FL 33410


Florida Pure Water
POB 6189
Stuart, FL 33497


Florida Rock Industries
Michael A Kolcun
6960 Bonneval Road
Suite 202
Jacksonville, FL 32216


Foam Factory, Inc.
3510 NW 53rd Street
Fort Lauderdale, FL 33309

```
Forjays
2670 SE Willoughby Boulevard
Stuart, FL 34994


FPL
General Mail Facility
Miami, FL 33188


Framing Plus, LLC
4217 Twinbush Terrace
North Port, FL 34286


Francis Guzman
c/o Scott Weinstein,Esq
POB 9504
Fort Myers, FL 33906


Fuhrman, Keith & Berson, Gloria
c/o Leopold-Kuvin
Gregory S Weiss
2925 PGA Blvd Suite 200
Palm Beach Gardens, FL 33410


GE Capital
POB 740441
Atlanta, GA 30374


Gemaire Distributors
POB 406698
Atlanta, GA 30384


Germaine Fletcher
c/o Geoffrey Ittleman
440 N Andrews Ave.
Fort Lauderdale, FL 33301


Gold Coast Builders Associates
2102 Corporate Drive
Boynton Beach, FL 33426


Great American Leasing Corporation
c/o Kramer & Associates
Matthew Weiss
POB 500
Westwood, NJ 07675
```

Green Sky Lawn Service
4509 SW Van Dyke Street
Port Saint Lucie, FL 34953


Griffith, Richard & Olga
C/O C David Durkee, Roberts & Durkee PA
Alhambra Towers, Penthouse 1, Suite 1603
121 Alhambra Plaza
Coral Gables, FL 33134


Guerra, Tom & Juliet
2457 SE Isaac Road
Port Saint Lucie, FL 34952-5533


Gunter's Concrete Pumping
POB 9024
Jupiter, FL 33468


Halsey & Griffith Office
Office Solutions
1170 NW 163 Drive
Miami, FL 33169


Heritage Carpet & Tile
c/o Bruce E. Loren, Esq.
2000 Palm Beach Lakes Blvd. Suite 501
West Palm Beach, FL 33409


Highhook Cranes, Inc.
1225 SE Port St. Lucie Blvd.
Port Saint Lucie, FL 34952


Highland Pest Control
2771 Vista Parkway, ST F-10
West Palm Beach, FL 33411


Home Depot Credit Service
Dept. 32-2503263802
POB 9055
Des Moines, IA 50368


Hometeam Pest Defence
544 Interstate Court, Bldg. F
Sarasota, FL 34240

Ideal Roofing
11101 S. Crown Way
Wellington, FL 33414


Imie & Decoteau James
C/O Alters/Boldt/Brown/Rash/Culmo
4141 Northeast 2nd Avenue Suite 201
Miami, FL 33137


Ironstone Bank
C/O: Law Offices of Wicker, Smith,
O'Hara, McCoy & Ford, PA
POB 14460
Fort Lauderdale, FL 33302


J&M Contractors
8081 Pelican Harbour Drive
Lake Worth, FL 33467


J&R Stone Crafters, I
239 South Grove Street
Venice, FL 34285


J. Zwiercan Painting 1
5784 Gallapo Road
North Port, FL 34291


Jade Home Decor
9309 El Paso Drive
Lake Worth, FL 33467


Jansen & Sons Insulat
745 Commerce Drive
Venice, FL 34292


Jared Elmore
C/O Bankers Insurance Group
Chuck Hoffman
POB 33002
Saint Petersburg, FL 33733


Jeffrey Almeida
C/O Alters/Boldt/Brown/Rash/Culmo
4141 Northeast 2nd Avenue Suite 201
Miami, FL 33137

Jetta Corporation
POB 939
Wildwood, FL 34785


John George
2442 Bay Village Court
Palm Beach Gardens, FL 33410


John R King
C/O Gunster, Yoakley & Stewart PA
777 South Flagler Drive Suite 500 East
West Palm Beach, FL 33401


John Rodgers Concrete
709 E Easy Street
Fort Pierce, FL 34982


John Schurer
c/o Leopold-Kuvin
Gregory S Weiss
2925 PGA Blvd. Suite 200
Palm Beach Gardens, FL 33410


Jordan Framing of NP
2227 Murphy CT; Unit 1
North Port, FL 34289


Jose & Maria Figueroa
c/o Rich Stringer, Esq.
POB 780206
Sebastian, FL 32978


Joseph & Dorothy Parrillo
c/o Alters Boldt Bown Rash Culmo
4141 Northeast 2nd Avenue
Suite 201
Miami, FL 33137


Kathy Carrion
c/o Alters Boldt Bown Rash Culmo
4141 Northeast 2nd Avenue
Suite 201
Miami, FL 33137

Kellsy's Sod
POB 1192
Nocatee, FL 34268


Ken's Wood & Laminate
15665 71st Place North
Loxahatchee, FL 33470


Kin-Care Services Inc.
10297 Hallandale
Port Charlotte, FL 33901


Lamar Advertising
C/O: Butler, Robbins & White
Global Revenue Recovery
5701 Pine Island Road Suite 360
Fort Lauderdale, FL 33321


Lash, Stephen
c/o Mark Martella, Esq.
265 East Marion Avenue
Suite 118
Punta Gorda, FL 33950


Leyon, Mikhail & Eltahawy, Sherif
C/O Linkhorst & Hockin, PA
Adam C Linkhorst
4495 Military Trail Suite 16
Jupiter, FL 33458


Long Paint
1199 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411


Lydia Cason
435 21 St. SW Lot #106
Vero Beach, FL 32962


Lynne S. K. Ventry, P.A.
955 NW 17th Avenue
Delray Beach, FL 33445


Majestic Custom Home & Realty
4121 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411

Majestic Home of Port
4121 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411


Majestic Homes & Realty SW LLC
2442 Bay Village Ct.
Palm Beach Gardens, FL 33410


Majestic Homes of Vero
4121 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411


Majestic Landholdings
4121 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411


Majestic Trucking
4121 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411


Manasota Flooring
c/o Stephen Henry Kurvin, Esq.
7 South Lime Avenue
Sarasota, FL 34237


Marie Casimir & Jean St Fluer
4377 SW Calah Circle
Port St Lucie, FL


Mark and Marian Youssef
C/O Linkhorst & Hockin, PA
Adam C Linkhorst
4495 Military Trail Suite 16
Jupiter, FL 33458


Martin Septic Service
C/O: Albert J. Tiseo, Jr. Esq. Goldman,
Tiseo & Sturges PA
701 JC Center, Suite 3
Port Charlotte, FL 33954


Maschmeyer Concrete Company Florida Inc
1142 Water Tower Rd.
Lake Park, FL 33403

Matt Combs Concrete Comp
13668 Fox Trail
Loxahatchee, FL 33470


McGregor Trucking
3858 Royal Hammock Boulevard
Sarasota, FL 34240


Med Express Urgent CA
1021 State Road 7
Royal Palm Beach, FL 33411


Mendez, Rene & Karen
C/O: Law Office of Leon A. Burnet, PA
150 Alhambra Circle, Suite 950
Coral Gables, FL 33134


Metlife
POB 804466
Kansas City, MO 64180


Michael Kevin Walsh R
1604 SE Village Green Drive
Port Saint Lucie, FL 34952


Michel Judet
c/o William Anderson Jr., Esq.
POB 288
Stuart, FL 34995


Microbac Laboratories
115 Corporation Way, Suite F
Venice, FL 34285


Mid-Continent Casualty Company
POB 2928
Tulsa, OK 74101


Mike Maloney Carpentry
2637 Tisaman Avenue
North Port, FL 34286


MJTI Enterprises
495 Martin Road SE
Palm Bay, FL 32909

Mobil Fleet
POB 5727
Carol Stream, IL 60197


Morningside Professional Plaza
2801 PGA Blvd. Suite 220
Palm Beach Gardens, FL 33410


Natasha & Colin Green
c/o Alters Boldt Bown Rash Culmo
4141 Northeast 2nd Avenue
Suite 201
Miami, FL 33137


National City Bank
c/o Suly Espinoza, Esq.
1800 NW 49th Street
Suite 120
Fort Lauderdale, FL 33309


Neathery, Ronald
15101 68th Court N
Loxahatchee, FL 33470


Nextel-Sprint
POB 4181
Carol Stream, IL 60197


Norandex/Reynolds
c/o Robert M. Abramson, Esq.
Garry J. Alhalel, PA
25 SE 2nd Avenue 1045 Ingraham Bldg.
Miami, FL 33131


Novlet & Lionel Rose
C/O Alters/Boldt/Bown/Rash/Culmo
4141Northeast 2nd Avenue Suite 201
Miami, FL 33137


Odums Sod
POB 865
Loxahatchee, FL 33470


Office Depot
POB 689020
Des Moines, IA 50368

Onyx Waste Services, SE
363 Tall Pines Road
West Palm Beach, FL 33413


Palm City Sod
c/o Alex King, Lee Alan Reed Associates
1718 East Giddens Avenue
Tampa, FL 33610


Pence Septic Systems
3160 Dixie Highway, N.E.
Palm Bay, FL 32905


Perez, Matthew & Jennifer
c/o Stephen Orchard Esq.
Orchard Law Group
127 NE 2nd Avenue
Delray Beach, FL 33444


Persaud, Narayan & Durpattie
C/O C David Durkee, Roberts & Durkee PA
Alhambra Towers, Penthouse 1, Suite 1603
121 Alhambra Plaza
Coral Gables, FL 33134


Pitney Powes Credit Corporation
P.O. Box 84560
Louisville, KY 40285-5460


Port Consolidated
c/o Jeffrey R Eisensmith
5561 N University Drive, Suite 103
Coral Springs, FL 33067


Praxair Distributors
Department at 40473
Atlanta, GA 31192


Premier Custom Cleaning
3417 Junction Street
North Port, FL 34288


Premium Assign. Corporation
3522 Thomasville Road Suite 400
Tallahassee, FL 32315

Prestige AB Ready Mix
POB 451236
Kissimmee, FL 34744


Price Termite & Pest
500 Barton Blvd. Suite 5
Rockledge, FL 32955


Prima Development
1313 SW South Macedo Blvd.
Port Saint Lucie, FL 34983


Prism Surveying, Inc.
17721 62nd Road North
Loxahatchee, FL 33470


Probuild East LLC
C/O Jeffry E. Baughman, Esq
1032 MLK Jr. Street North
Saint Petersburg, FL 33705


R&W Distributors, Inc.
698 Bell Road
Sarasota, FL 34240


Ray Masciarella P.A.
840 US HWY 1. Suite 340
North Palm Beach, FL 33408


Raymond Building Supply
7751 Bayshore Road
North Fort Myers, FL 33917


Reliable Poly John
POB 5375
Vero Beach, FL 32961


Ridgeway Plumbing
640 East Industrial Avenue
Boynton Beach, FL 33426

Robert and Patricia Robinson
c/o Alters Boldt Bown Rash Culmo
4141 Northeast 2nd Avenue
Suite 21
Miami, FL 33137


Robinson, Patricia and Robert
2607 SW Acco Road
Port Saint Lucie, FL 34953


Rodriguez, Rudy
c/o Shapiro, Blast, Wasserman Gora PA
Allison Grant
7777 Glades Road Suite 400
Boca Raton, FL 33434


Rojas, Joseph & Eugenia
2389 SW Independence Road
Port Saint Lucie, FL 34953


Ronnie & Rodella Ervin
c/o Morgan & Morgan
Scott Weinstein
POB 4979
Orlando, FL 32802


Russ' Plumbing Service
6255 Bolander Terrace
North Port, FL 34287


Salvatrice Ammirato
C/O Law Offices of Could Cooksey Fennell
PA Brian J Connelly
979 Beachland Blvd
Vero Beach, FL 32963


Sarasota Wholesale Tile
1931 13th Street
Sarasota, FL 34236


SBS Flooring Corp
720 2nd Place S.W.
Vero Beach, FL 32962

Scosta Corp
3670 Commerce Center Drive
Sebring, FL 33870


Scott, Benjamin & Fay
c/o Alters Boldt Bown Rash Culmo
4141 Northeast 2nd Avenue
Suite 201
Miami, FL 33137


SCP Distributors, LLC
c/o Victor W Holcomb
201 N Armenia Avenue
Tampa, FL 33609


SCRIPPS Treasure Coast
c/o Marc B Cohen, Esq.
250 Australian Avenue Suite 1010
West Palm Beach, FL 33401


SEARS
POB 689134
Des Moines, IA 50368


Service Software, LLC
Suite 100
2100 W. Littleton Blvd.
Littleton, CO 80120


Shadroy, Ronald & Sherry
c/o Douglas Grissinger
Mellor & Grissinger
13801 S Tamiami Trail Suite D
North Port, FL 34287


Shaffick Ali R & F Carpentry
16756 62nd Rd North
Loxahatchee, FL 33470


SOS Septic & Sewer, Inc.
110 Commercial Place
Sebring, FL 33876

Southeastern Excavating
C/O Kenneth M Curtin, Ruden McClosky PA
222 Lakeview Avenue Suite 800
West Palm Beach, FL 33401


Southern Waste System
790 Hillbrath Drive
Lantana, FL 33462


Southwest Innovation
11220-21 Metro Pkwy
Suite 21
Fort Myers, FL 33966


Sprint
POB 4181
Carol Stream, IL 60197


St. Pierre Aluminum
108 Cayman Drive
Palm Springs, FL 33461


Stanley I. Foodman
1201 Brickell Avenue, Suite 610
Miami, FL 33131


STEC Enterprises, Inc.
483-B Collingswood Avenue
Port Charlotte, FL 33954


Stephen J. Brown
619 East 5th Street
Stuart, FL 34994


Sterling Bank
c/o Damon E. Gasser, Esq.
Simon, Sigalos & Spyredes, PA
3839 NW Boca Raton Blvd. Suite 100
Boca Raton, FL 33431


Stock Building Supply of Florida, LLC
c/o Stephen L Evans
104 North Thomas Street
Plant City, FL 33563

Summit Consulting, Inc.
C/O Angela Lack
Anthony & Partners, LLC
201 N Franklin St. Suite 2400
Tampa, FL 33602

Suncoast Media Group
POB 22045
Tampa, FL 33622

Sunland Paving Company
4169 Electric Way
Charlotte Harbor, FL 33980

Swellands Silt Fence
19514 Midway Boulevard
Port Charlotte, FL 33948

SY'S Supplies
235 North Jog Road
West Palm Beach, FL 33413

System Specialist
8606 Palomino Drive
Lake Worth, FL 33467

T-Square Express, Inc.
POB 012061
Miami, FL 33101

Tailored Foam of FL. Res
100 Loren Court
Sanford, FL 32776

Telecom Management
POB 460070
Fort Lauderdale, FL 33346

The Carpenter, Inc.
1042 Strasburg Drive
Port Charlotte, FL 33952

Tile Works Palm Beach
1606 16th Way
West Palm Beach, FL 33407

Toniseen, Vincent & Marilyn
9159 Big Star Avenue
Englewood, FL 34224


Total Compliance Network
5440 NW 33rd Avenue
Suite 106
Fort Lauderdale, FL 33309


Touchstone Florida
3707 Interstate Park Rd. Suite A
Riviera Beach, FL 33404


Travis & Rachael Klemann
C/O Linkhorst & Hockin PA
Adam C Linkhorst
4495 Military Trail Suite 16
Jupiter, FL 33458


Treasure Coast Tractor S
20450 Schumann Road
Fort Pierce, FL 34945


Tru Trucking, Inc.
POB 1058
Loxahatchee, FL 33470


Tryon Plumbing Inc.
925 Wagner Place
Fort Pierce, FL 34982


Turfco of Southwest
7423 SW County Road 769
Arcadia, FL 34269


Two-Twenty-Two Corp
4655 80th Lane South
Lake Worth, FL 33463


United Site Services
3506 81st Court East
Bradenton, FL 34211

```
UPS
POB 7247-0244
Philadelphia, PA 19170


Varsity Glass, Inc.
7917 SW Jack James Drive #9
Stuart, FL 34997


Vescio, Angelo & Elena
c/o Colson Hicks Eidson
Ervin A Gonzalez
255 Aragon Avenue 2nd FL
Coral Gables, FL 33134


Village Professional Park POA,
GRS Management Associates
c/o Brough, Chadrow & Levine PA
1900 North Commerce Parkway
Weston, FL 33326


Vitnat Services, Inc.
419 SW Molloy Street
Port Saint Lucie, FL 34984


Waste Pro of Florida Inc.
4100 Selvitz Road
Fort Pierce, FL 34981


Water World Purification
c/o Angela D Tobaygo, Esq.
Abel, Tobaygo, Sisek
3307 Clark Road Suite 201
Sarasota, FL 34231


Weaver Precast of FL
350 Thorpe Road
Orlando, FL 32824


WGGC Strefling
5177 Dalewood Avenue
Punta Gorda, FL 33982


Wholesale Flooring and Supply
4300 Kings Highway unit 500
Punta Gorda, FL 33980
```

William & Linda Dicker
355 21St. Ct.
Vero Beach, FL 32962


William Palsgraf
C/O Leopold-Kuvin
Gregory S Weiss
2925 PGA Blvd. Suite 200
Palm Beach Gardens, FL 33410


Wilson Pools, Inc.
POB 494916
Port Charlotte, FL 33949


Winston Buddle
c/o Navaretta & Navaretta
Stephan Navaretta Esq.
1100 SW St. Lucie West Blvd.
Port Saint Lucie, FL 34986


Wood Business Product
Suite 101
5350 NW 35th Terrace
Fort Lauderdale, FL 33309


Xtreme Construction
220 Waterway Village
Greenacres, FL 33413


Z's Disposal, LLC.
23334 Lehigh Avenue
Port Charlotte, FL 33954


Zeiger Crane
4651 Dyer Blvd.
Riviera Beach, FL 33407


Zephyrhills
POB 856680
Louisville, KY 40285


Zicaro's Inc.
c/o The Offices of Griffin & Associates
Edward T Mcintosh
1000 SW 15th Street
Pompano Beach, FL 33069