# United States Bankruptcy Court
## Southern District of Florida

In re   JPG Enterprises, Inc.                                          Case No.
                              Debtor(s)                                Chapter   7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   JPG Enterprises, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 19, 2010                                              /s/ Stuart A. Young, Esq.
Date                                                       Stuart A. Young, Esq. 232920
                                                           Signature of Attorney or Litigant
                                                           Counsel for   JPG Enterprises, Inc.
                                                           Young Brooks & Pefka, P.A.
                                                           1860 Forest Hill Blvd.
                                                           Suite 201
                                                           West Palm Beach, FL 33406
                                                           (561) 433-4200 Fax:(561) 433-2988
                                                           syoung@ybplaw.com